IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GILEAD SCIENCES, INC. and GILEAD SCIENCES IRELAND UC,<br><br>    Defendants. | C.A. No. 19-02103-MN |

**STIPULATION AND ORDER REGARDING
FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES & COUNTERCLAIMS**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that:

- The time for the United States of America (the "Government") to respond to Gilead Sciences, Inc.'s Counterclaims (D.I. 7) is extended by one week to March 30, 2020;

- Pursuant to Federal Rule of Civil Procedure 15(a)(2), the Government consents to Defendants Gilead Sciences, Inc. and Gilead Sciences Ireland UC ("Defendants") filing an amended answer and, for Gilead Sciences, Inc., amended counterclaims in this case, and Defendants will file such amended answer and counterclaims by March 30, 2020; and

- Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendant Gilead Sciences, Inc. agrees to an extension of the 14-day period by which the Government must file its response to the amended counterclaims to a total of 28 days.

– 2 –

The Government reserves the right to seek additional time to respond. The parties enter this stipulation without prejudice to or waiver of any procedural or substantive right and without stipulating to the propriety of the amended answer and counterclaims.

| | |
|---|---|
| */s/ Shamoor Anis* | */s/ Frederick L. Cottrell, III* |
| Laura D. Hatcher (#5098) | Frederick L. Cottrell, III (#2555) |
| Assistant United States Attorney | Kelly E. Farnan (#4395) |
| Shamoor Anis | Alexandra M. Ewing (#6407) |
| Assistant United States Attorney | RICHARDS, LAYTON & FINGER, P.A. |
| 1313 N. Market Street | One Rodney Square |
| P.O. Box 2046 | 920 North King Street |
| Wilmington, DE 19899-2046 | Wilmington, DE 19801 |
| 302-573-6277 | 302-651-7700 |
| Laura.hatcher@usdoj.gov | cottrell@rlf.com |
| Shamoor.anis@usdoj.gov | farnan@rlf.com |
| | ewing@rlf.com |
| *Attorneys for Plaintiff United States of America* | *Attorneys for Defendants Gilead Sciences, Inc. & Gilead Sciences Ireland UC* |

Dated: March 20, 2020

IT IS SO ORDERED this _____ day of _____, 2020.

_____
THE HONORABLE MARYELLEN NOREIKA
UNITED STATES DISTRICT JUDGE