# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>    *Plaintiff–Counterclaim Defendant*,<br><br>       v.<br><br>GILEAD SCIENCES, INC.<br>    *Defendant–Counterclaim Plaintiff,*<br><br>AND GILEAD SCIENCES IRELAND UC,<br>    *Defendant*. | C.A. No. 1:19-cv-02103-MN |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that the deadline for the United States of America to move, answer, or otherwise respond to the Amended Answer and Counterclaims (D.I. 13) is hereby extended through and including May 15, 2020, extending the present due date by 21 days.  *See* D.I. 12.

| | |
|---|---|
| */s/ Shamoor Anis* <br> Laura D. Hatcher (#5098) <br> Shamoor Anis <br> Assistant United States Attorneys <br> 1313 N. Market Street <br> P.O. Box 2046 <br> Wilmington, DE 19899-2046 <br> 302-225-9414 <br> shamoor.anis@usdoj.gov <br><br> */s/ Walter W. Brown* <br> Walter W. Brown <br> Philip Charles Sternhell <br> Patrick C. Holvey <br> United States Department of Justice <br> Civil Division <br> Washington, D.C. 20520 <br> (202) 307-0341 <br> Walter.brown2@usdoj.gov <br><br> *Attorneys for Plaintiff United States of America* | */s/ Frederick L. Cottrell III* <br> Frederick L. Cottrell, III (#2555) <br> Kelly E. Farnan (#4395) <br> Alexandra M. Ewing (#6407) <br> Richards, Layton & Finger, P.A. <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> 302-651-7700 <br> cottrell@rlf.com <br> farnan@rlf.com <br> ewing@rlf.com <br><br> *Attorneys for Defendants Gilead Sciences, Inc. & Gilead Sciences Ireland UC* |

Dated: April 15, 2020

 

IT IS SO ORDERED this _____day of _____, 2020.

 

_____
THE HONORABLE MARYELLEN NOREIKA
UNITED STATES DISTRICT JUDGE