# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　Plaintiff & Counterclaim-Defendant,<br><br>　　v.<br><br>GILEAD SCIENCES, INC. and<br>GILEAD SCIENCES IRELAND UC,<br><br>　　Defendants & Counterclaim-Plaintiff. | C.A. No. 19-02103-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 21, 2020, Defendants' Objections and Responses to Plaintiff's First Set of Interrogatories were served on the following counsel in the manner indicated:

**VIA E-MAIL**
Laura D. Hatcher
Shamoor Anis
U.S. Attorney's Office
Hercules Building
1313 N. Market Street
P.O. Box 2046
Wilmington, DE 19801
302-573-6277
Email: laura.hatcher@usdoj.gov
Email: shamoor.anis@usdoj.gov

**VIA E-MAIL**
Walter W. Brown
Philip Charles Sternhell
Patrick C. Holvey
U.S. Department of Justice
Civil Division, Commercial Litigation Branch,
IP Section
1100 L Street, N.W.
Washington, D.C. 20530
202-307-0341
Email: walter.brown2@usdoj.gov
Email: philip.c.sternhell@usdoj.gov
Email: patrick.c.holvey@usdoj.gov

Dated: October 21, 2020

| | |
|---|---|
| OF COUNSEL: | /s/ Frederick L. Cottrell, III |
| | Frederick L. Cottrell, III (#2555) |
| Ronald C. Machen | Kelly E. Farnan (#4395) |
| WILMER CUTLER PICKERING | Alexandra M. Ewing (#6407) |
|   HALE AND DORR LLP | RICHARDS, LAYTON & FINGER, P.A. |
| 1875 Pennsylvania Avenue NW | One Rodney Square |
| Washington, DC 20006 | 920 North King Street |
| Tel: (202) 663-6000 | Wilmington, DE 19801 |
| Fax: (202) 663-6363 | Tel: (302) 651-7700 |
| Ronald.Machen@wilmerhale.com | cottrell@rlf.com |
| | farnan@rlf.com |
| David B. Bassett | ewing@rlf.com |
| WILMER CUTLER PICKERING | |
|   HALE AND DORR LLP | |
| 7 World Trade Center | *Counsel for Defendants Gilead Sciences,* |
| 250 Greenwich Street | *Inc. & Gilead Sciences Ireland UC* |
| New York, NY 10007 | |
| Tel: (212) 230-8800 | |
| Fax: (212) 230-8888 | |
| David.Bassett@wilmerhale.com | |

Vinita C. Ferrera
Emily R. Whelan
George P. Varghese
Timothy A. Cook
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
Vinita.Ferrera@wilmerhale.com
Emily.Whelan@wilmerhale.com
George.Varghese@wilmerhale.com
Tim.Cook@wilmerhale.com