# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　Plaintiff & Counterclaim-Defendant,<br><br>　　v.<br><br>GILEAD SCIENCES, INC. and<br>GILEAD SCIENCES IRELAND UC,<br><br>　　Defendants & Counterclaim-Plaintiff. | C.A. No. 19-02103-MN |

## DEFENDANTS' NOTICE OF SUBPOENA TO DR. LYNN PAXTON

PLEASE TAKE NOTICE that the subpoena attached hereto as Exhibit 1 will be served on Dr. Lynn Paxton.

Dated: May 18, 2021

OF COUNSEL:

Ronald C. Machen
Charles T. Cox Jr.
WILMER CUTLER PICKERING
　HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
Ronald.Machen@wilmerhale.com
Charlie.Cox@wilmerhale.com

David B. Bassett
WILMER CUTLER PICKERING
　HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
David.Bassett@wilmerhale.com

/s/ Alexandra M. Ewing
Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
Alexandra M. Ewing (#6407)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel: (302) 651-7700
cottrell@rlf.com
farnan@rlf.com
ewing@rlf.com

*Counsel for Defendants Gilead Sciences,
Inc. & Gilead Sciences Ireland UC*

Vinita C. Ferrera
Emily R. Whelan
George P. Varghese
Timothy A. Cook
Jonathan A. Cox
Stephanie Lin
Benjamin Conery
WILMER CUTLER PICKERING
　HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
Vinita.Ferrera@wilmerhale.com
Emily.Whelan@wilmerhale.com
George.Varghese@wilmerhale.com
Tim.Cook@wilmerhale.com
Jonathan.Cox@wilmerhale.com
Stephanie.Lin@wilmerhale.com
Ben.Conery@wilmerhale.com