## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>     Plaintiff & Counterclaim-Defendant,<br><br>     v.<br><br>GILEAD SCIENCES, INC. and<br>GILEAD SCIENCES IRELAND UC,<br><br>     Defendants & Counterclaim-Plaintiff. | C.A. No. 19-02103-MN |

### NOTICE OF LODGING

PLEASE TAKE NOTICE that on July 21, 2021, Defendants Gilead Sciences, Inc. and Gilead Sciences Ireland UC ("Defendants") caused a USB drive containing Defendants' technology tutorial and a printout of Defendants' technology tutorial to be lodged with the Court. Defendants' technology tutorial has also been sent to the following counsel in the manner indicated:

**VIA E-MAIL**
Laura D. Hatcher
Shamoor Anis
U.S. Attorney's Office
Hercules Building
1313 N. Market Street
P.O. Box 2046
Wilmington, DE 19801
302-573-6277
Email: laura.hatcher@usdoj.gov
Email: shamoor.anis@usdoj.gov

**VIA E-MAIL**
Walter W. Brown
Philip Charles Sternhell
Patrick C. Holvey
U.S. Department of Justice
Civil Division, Commercial Litigation Branch,
IP Section
1100 L Street, N.W.
Washington, D.C. 20530
202-307-0341
Email: walter.brown2@usdoj.gov
Email: philip.c.sternhell@usdoj.gov
Email: patrick.c.holvey@usdoj.gov
Email: amanda.k.kelly@usdoj.gov
Email: PrEP.Docket@usdoj.gov

-2-

Dated: July 21, 2021

| | |
|---|---|
| OF COUNSEL: | */s/ Alexandra M. Ewing* |
| | Frederick L. Cottrell, III (#2555) |
| Ronald C. Machen | Kelly E. Farnan (#4395) |
| WILMER CUTLER PICKERING | Alexandra M. Ewing (#6407) |
|   HALE AND DORR LLP | RICHARDS, LAYTON & FINGER, P.A. |
| 1875 Pennsylvania Avenue NW | One Rodney Square |
| Washington, DC 20006 | 920 North King Street |
| Tel: (202) 663-6000 | Wilmington, DE 19801 |
| | Tel: (302) 651-7700 |
| David B. Bassett | cottrell@rlf.com |
| WILMER CUTLER PICKERING | farnan@rlf.com |
|   HALE AND DORR LLP | ewing@rlf.com |
| 7 World Trade Center | |
| 250 Greenwich Street | *Counsel for Defendants Gilead Sciences,* |
| New York, NY 10007 | *Inc. & Gilead Sciences Ireland UC* |
| Tel: (212) 230-8800 | |

Vinita C. Ferrera
Emily R. Whelan
George P. Varghese
Timothy A. Cook
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000