IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>  Plaintiff & Counterclaim-Defendant,<br><br>  v.<br><br>GILEAD SCIENCES, INC. and<br>GILEAD SCIENCES IRELAND UC,<br><br>  Defendants & Counterclaim-Plaintiff. | C.A. No. 19-02103-MN-CJB |

**JOINT MOTION FOR TELECONFERENCE
TO RESOLVE DISCOVERY DISPUTE**

Plaintiff United States of America and Defendants Gilead Sciences, Inc. and Gilead Sciences Ireland UC (collectively "Gilead") respectfully move this Court to schedule a teleconference to address the outstanding dispute regarding discovery matters.

The parties will file submissions in accordance with the Court's January 10, 2022 Oral Order (D.I. 261) and present their respective motions during the teleconference scheduled for February 7, 2022 at 10:00 a.m.  The parties shall jointly provide the Court with a dial-in number via e-mail to use for the call by January 31, 2022.

| | |
|---|---|
| */s/ Shamoor Anis*<br>Laura D. Hatcher<br>Shamoor Anis<br>U.S. Attorney's Office<br>Hercules Building<br>1313 N. Market Street<br>P.O. Box 2046<br>Wilmington, DE 19801<br>302-573-6277<br>laura.hatcher@usdoj.gov<br>shamoor.anis@usdoj.gov | */s/ Frederick L. Cottrell, III*<br>Frederick L. Cottrell, III (#2555)<br>Kelly E. Farnan (#4395)<br>Alexandra M. Ewing (#6407)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Tel: (302) 651-7700<br>cottrell@rlf.com<br>farnan@rlf.com<br>ewing@rlf.com |

-2-

*Counsel for Plaintiff the United States of America*

*Counsel for Defendants Gilead Sciences, Inc. & Gilead Sciences Ireland UC*

Dated: January 18, 2022