IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　Plaintiff & Counterclaim-Defendant,<br><br>　v.<br><br>GILEAD SCIENCES, INC. and<br>GILEAD SCIENCES IRELAND UC,<br><br>　Defendants & Counterclaim-Plaintiff. | C.A. No. 19-02103-MN |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR REDACTIONS**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that the deadlines for submission of the redacted public version of Defendants Gilead Sciences, Inc. and Gilead Sciences Ireland UC's Letter in Support of Defendants' Motion to Strike Portions of the Opening Expert Report of Robert L. Murphy (D.I. 317) is hereby extended through and including July 21, 2022 and the redacted public version of the United States of America's Letter to the Honorable Maryellen Noreika Opposing Defendants' Motion to Strike Portions of the Opening Expert Report of Dr. Robert L. Murphy (D.I. 318) is hereby extended through and including July 22, 2022.

Dated: July 14, 2022

STIPULATED AND AGREED TO FOR PLAINTIFF:

    MICHAEL GRANSTON
    Deputy Assistant Attorney General

    GARY L. HAUSKEN
    Director

*Of Counsel:*      */s/ Walter W. Brown*
PHILIP CHARLES STERNHELL      WALTER W. BROWN
Assistant Director      Senior Litigation Counsel
AMANDA K. KELLY      Commercial Litigation Branch
PATRICK C. HOLVEY      Civil Division
CARRIE E. ROSATO      U.S. Department of Justice
LUCY GRACE D. NOYOLA      Washington, D.C. 20530
MATT D. TANNER      Tel: (202) 307-0341
Department of Justice      Fax: (202) 307-0345
     walter.brown2@usdoj.gov

LENA YUEH
Special Counsel      DAVID C. WEISS
     United States Attorney

     */s/ Shamoor Anis*
     LAURA D. HATCHER (DE Bar No. 5098)
     Assistant United States Attorney
     SHAMOOR ANIS
     Assistant United States Attorney
     1313 N. Market Street
     P.O. Box 2046
     Wilmington, Delaware 19899-2046
     Tel: (302) 573-6277
     Fax: (302) 573-6220
     *Laura.hatcher@usdoj.gov*
     *Shamoor.anis@usdoj.gov*

     *Attorneys for Plaintiff United States*

STIPULATED AND AGREED TO FOR DEFENDANTS:

| | |
|---|---|
| *Of Counsel:* | */s/ Alexandra M. Ewing* |
| | Frederick L. Cottrell, III (#2555) |
| Ronald C. Machen | Kelly E. Farnan (#4395) |
| Charles T. Cox, Jr. | Alexandra M. Ewing (#6407) |
| WILMER CUTLER PICKERING | RICHARDS, LAYTON & FINGER, P.A. |
|   HALE AND DORR LLP | One Rodney Square |
| 1875 Pennsylvania Avenue NW | 920 North King Street |
| Washington, DC 20006 | P.O. Box 551 |
| Tel: (202) 663-6000 | Wilmington, DE 19801 |
| Fax: (202) 663-6363 | Tel: (302) 651-7700 |
| | cottrell@rlf.com |
| David B. Bassett | farnan@rlf.com |
| WILMER CUTLER PICKERING | ewing@rlf.com |
|   HALE AND DORR LLP | |
| 7 World Trade Center | |
| 250 Greenwich Street | *Counsel for Defendants Gilead Sciences,* |
| New York, NY 10007 | *Inc. & Gilead Sciences Ireland UC* |
| Tel: (212) 230-8800 | |
| Fax: (212) 230-8888 | |

Vinita C. Ferrera
Emily R. Whelan
George P. Varghese
Timothy A. Cook
Jonathan A. Cox
Stephanie Lin
Benjamin Conery
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

IT IS SO ORDERED this _____ day of _____, 2022.

_____
THE HONORABLE MARYELLEN NOREIKA
UNITED STATES DISTRICT JUDGE