IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THE UNITED STATES OF AMERICA,

*Plaintiff & Counterclaim-Defendant,*

v.

GILEAD SCIENCES, INC. and GILEAD SCIENCES IRELAND UC,

*Defendants & Counterclaim Plaintiff.*

C.A. No. 19-2103-MN-CJB

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO BIFURCATE**

Having reviewed and considered the Motion to Bifurcate by Defendants Gilead Sciences, Inc. ("Gilead") and Gilead Sciences Ireland UC (together, "Defendants"), all supporting evidence, and any other arguments of counsel, the Court is of the opinion that the Motion should be **GRANTED**.

**IT IS HEREBY ORDERED THAT:**

1. Trial on Defendants' unenforceability defenses (i.e., 3d Am. Ans, D.I. 78, Aff. Defs. IV, V, VIII & IX) shall be bifurcated from trial on the parties' remaining claims and defenses;

2. A [ 3 / 4 ]-day bench trial on Defendants' unenforceability defenses shall commence on May 1, 2023; and

3. If necessary, a jury trial on the parties' remaining claims and defenses will be scheduled at a later date.

Date: _____   _____
UNITED STATES DISTRICT JUDGE