

WWB
27-11267

**U.S. Department of Justice**

Civil Division

Commercial Litigation Branch

*950 Pennsylvania Avenue, N.W.*
*Washington, DC 20530*

*Direct Line: (202) 307-0341*
*walter.brown2@usdoj.gov*

April 18, 2023

<u>VIA E-FILE</u>

The Honorable Maryellen Noreika
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801

   <u>Re: *United States v. Gilead Sciences, Inc.*, C.A. No. 19-2103-MN</u>

Dear Judge Noreika:

In light of the Court's Oral Order requiring the parties to be prepared to address the pending summary judgment and *Daubert* motions at the pre-trial conference (D.I. 426), I write to advise the Court that the second portion of Gilead Sciences, Inc., and Gilead Sciences Ireland UC's *Daubert* motion directed Dr. McDuff's analysis relating to certain Gilead licenses (D.I. 348 at 1, 6-8) is moot. The Government has informed Gilead that Dr. McDuff will not present testimony regarding those certain licenses. For clarity, the Government confirmed that Dr. McDuff will not be presenting affirmative testimony on the agreements in McDuff Ex. E-2, including the ViiV agreement, unless Gilead opens the door by relying on such agreements in its expert Dr. Meyer's testimony.

If Your Honor has any questions regarding this notice or if there are other specific aspects of the pending motions that the Court would like to hear from counsel on, counsel for the Government remains available at the Court's convenience.

            Very truly yours,

            */s/ Walter Brown*

           WALTER W. BROWN
           Senior Litigation Counsel
          Commercial Litigation Branch

cc: All Counsel of Record (via ECF and electronic mail)