

Frederick L. Cottrell, III
302-651-7509
Cottrell@RLF.com

April 21, 2023

<u>VIA E-FILE & HAND DELIVERY</u>

The Honorable Maryellen Noreika
United State District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801-3555

   Re: *The United States v. Gilead Sciences, Inc., et al.*
     C.A. No. 19-2103-MN

Dear Judge Noreika:

  Defendants Gilead Sciences, Inc. ("GSI") and Gilead Sciences Ireland UC ("GSIUC"; together, "Gilead") write in advance of the pretrial conference to inform the Court of certain arguments and issues that Gilead no longer intends to present at trial.

  As Gilead has advised the government, Dr. Flexner will not present his opinion that the percentage of patients that potentially practice the asserted claims is approximately 5.12% and will not present his opinion that physicians do not practice the "administering" step of the asserted claims. For avoidance of doubt, Dr. Flexner may still opine that patients do not directly infringe the claims because they are not "exposed" or "potentially exposed" to HIV. In addition, Gilead reserves the right to cross-examine the government's witnesses on any issues related to alleged infringement. Based on this, the parties agree that Sections IV and VI of the government's *Daubert* are moot. Also, Mr. Blakeslee will not testify in the jury trial regarding his rebuttal report served on May 17, 2022, i.e., the 2006 or 2015 assignments or Dr. Janssen's license. Gilead does intend to offer Mr. Blakeslee's testimony regarding industry practices related to clinical trial agreements and opinions contained in his opening and reply reports served on March 18, 2022, and June 16, 2022, respectively. Based on this, the parties agree that Section I of the government's *Daubert* is moot and that Mr. Carmichael will not provide his rebuttal opinions relating to Gilead's license defense in the jury trial, i.e., his Reply report served on June 16, 2022. Further, to narrow the issues for the pretrial conference, Gilead withdraws Sections I and VI of its Motion for Summary Judgment, D.I. 345, and will address these issues at trial.

  The government's *Daubert* motion on Mr. Hutchins, D.I. 343 § V, and Gilead's *Daubert* motion on Dr. McDuff regarding Gilead licenses, D.I. 348 § II, have been previously mooted by agreement of the parties.

The Honorable Maryellen Noreika
April 21, 2023
Page 2

The parties agree that the motions that remain pending are:

- The government's Summary Judgment motions D.I. 350 (all)

- The government's *Daubert* motions, D.I. 343, related to:
    - Mr. Blakeslee on CTAs, § II
    - Mr. Stoll, § III
    - Dr. Meyer, § VII

- Gilead's Summary Judgment motions, D.I. 345, related to:
    - Prosecution history estoppel, § II
    - Improper dependency, § III
    - Enablement of claims reciting tenofovir prodrugs, § IV
    - Enablement of claims reciting oral tenofovir, § V
    - The government's priority claim, § VII
    - GSIUC, § VIII
    - The government's authority to sue, § IX

- Gilead's *Daubert* motions, D.I. 348, related to Dr. McDuff's testimony about:
    - R&D 5-10% theory, § I
    - Gilead's Inventive Contributions, § III
    - Damages Based on Non-Infringing Sales, § IV

If Your Honor has any questions regarding this notice or if there are other specific aspects of the pending motions that the Court would like to hear from counsel on, counsel remains available at the Court's convenience.

Respectfully submitted,

/s/ Frederick L. Cottrell, III

Frederick L. Cottrell, III (#2555)

FLC:kxr

cc:   All Counsel of Record (via ECF and electronic mail)