IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>*Plaintiff & Counterclaim-Defendant*,<br><br>v.<br><br>GILEAD SCIENCES, INC.,<br><br>*Defendant & Counterclaim Plaintiff*,<br><br>and GILEAD SCIENCES IRELAND UC,<br><br>*Defendant*. | C.A. No. 19-2103-MN |

## [PROPOSED] FINAL PRETRIAL ORDER EXHIBITS

LAURA D. HATCHER
SHAMOOR ANIS
Assistant United States Attorney Wilmington, Delaware
1313 N. Market Street
P.O. Box 2046
Wilmington, DE 19899-2046
Tel: (302) 573-6277
Fax: (302) 573-6220
*Laura.hatcher@usdoj.gov*
*Shamoor.anis@usdoj.gov*

DAVID C. WEISS
United States Attorney

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

GARY L. HAUSKEN
Director

WALTER W. BROWN
Senior Litigation Counsel

Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
Alexandra M. Ewing (#6407)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel: (302) 651-7700
cottrell@rlf.com
farnan@rlf.com
ewing@rlf.com

David B. Bassett
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800

Vinita C. Ferrera
Emily R. Whelan
Mark C. Fleming
George P. Varghese
Timothy A. Cook

<table>
<tr><td>

PHILIP CHARLES STERNHELL  
Assistant Director  
CARRIE E. ROSATO  
PATRICK C. HOLVEY  
MATTHEW D. TANNER  
LUCY GRACE D. NOYOLA  
Trial Attorneys  
Commercial Litigation Branch  
Civil Division  
U.S. Department of Justice  
Washington, D.C. 20530  
Tel: (202) 307-0341  
Fax: (202) 307-0345  

Of Counsel:  

LENA YUEH  
Special Counsel  
Department of Justice  

*Counsel for Plaintiff United States*

</td><td>

WILMER CUTLER PICKERING  
   HALE AND DORR LLP  
60 State Street  
Boston, MA 02109  
Tel: (617) 526-6000  

Ronald C. Machen  
Charles T. Cox Jr.  
WILMER CUTLER PICKERING  
   HALE AND DORR LLP  
2100 Pennsylvania Avenue NW  
Washington, DC 20037  
Tel: (202) 663-6000  

*Counsel for Defendants Gilead Sciences, Inc. and Gilead Sciences Ireland UC and Counterclaim Plaintiff Gilead Sciences, Inc.*

</td></tr>
</table>