

# U.S. Department of Justice

United States Attorney
District of Delaware

*The Hercules Building*
*1313 N. Market Street, Suite 400*
*P. O. Box 2046*  (302) 573-6277
*Wilmington, Delaware  19899-2046*  FAX (302) 573-6220

May 1, 2023

The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street, Unit 19, Room 4324
Wilmington, DE 19801-3555

      Re:   *United States v. Gilead Sciences, Inc. et al.*,
              Civil No. 1:19-cv-02103-MN (D. Del.)

Dear Judge Noreika:

In response to the Court's Order After Pretrial Conference (D.I. 450) ("Order"), the parties hereby submit updated Proposed Voir Dire and Proposed Preliminary Jury Instructions. In its Order, the Court ruled that, as a matter of law, (i) Defendants cannot establish their license defense (Order ¶ 8); and (ii) claim 13 of the '509 Patent is invalid for improper dependency (Order ¶ 14). Claim 13 was the only asserted claim of the '509 Patent. Accordingly, the updated Proposed Voir Dire and Proposed Preliminary Jury Instructions remove all references to the '509 Patent and Defendants' license defense. Redlined versions of the updated Proposed Voir Dire and Preliminary Jury Instructions are attached hereto as Exhibits A and B respectively. Clean versions of the updated Proposed Voir Dire and Preliminary Jury instructions are attached hereto as Exhibits C and D respectively. Microsoft Word versions of all four documents have already been provided to the Court.

///

Respectfully submitted,

DAVID C. WEISS
United States Attorney

BY: /s/ *Shamoor Anis*
Shamoor Anis
Assistant United States Attorney