IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| GILEAD SCIENCES, INC., ) | C.A. No. 19-2103 (MN) |
| ) | |
| Defendant/Counterclaim Plaintiff, ) | |
| ) | |
| and GILEAD SCIENCES IRELAND UC, ) | |
| ) | |
| Defendant. ) | |

## **VOIR DIRE**

Good morning. My name is Maryellen Noreika, and I am the Judge who will be presiding over the trial in this civil case for which a jury is about to be selected. I am going to ask you some questions, the purpose of which is to: (1) enable us to determine whether any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to what are called peremptory challenges, that is, challenges that counsel can make to a potential juror without giving any reason.

Before I ask any questions, I am going to ask my Deputy, Mr. Buckson, to swear the jury panel to answer all questions truthfully. (Panel sworn).

You each have a list of the questions that I am also going to read out loud. If you answer "yes" to any of the questions that I ask, please make a note of that on the list. At the end of the questions, I will ask whether you answered yes to any question and, if you did, take you out into my conference room where you will talk with the lawyers and me about your answers.

We are having jury selection for a case that will begin today and last up to 6 days – until Tuesday May 9, 2023. The trial will be timed, so the attorneys must complete their presentations

in that time.  It is possible, however, that jury deliberations may require you to be here longer than the scheduled number of days.  Our trial days will run approximately from 9:00 a.m. to 4:30 p.m. each day.

With that introduction, my questions are:

1. Does the schedule that I have just mentioned present a special problem to any of you?

2. The United States of America acting on behalf of its Department of Health and Human Services filed this lawsuit asserting that Gilead Sciences Inc. and Gilead Sciences Ireland UC infringe some of its patents.  Gilead has responded by asserting that it does not infringe the United States' patents and that, in any event, the asserted patents are invalid.  Have you heard anything about this case prior to today?

3. Separately, there is a case between the parties in a different court called the U.S. Court of Federal Claims.  Have you heard anything about that case prior to today?

4. Have you or has anyone in your immediate family or close friends had any dealings with or been employed by the United States, including the U.S. Department of Health and Human Services, U.S. Centers for Disease Control, the U.S. National Institutes of Health, the U.S. Food and Drug Administration, or the U.S. Department of Justice?

5. Have you or has anyone in your immediate family or close friends had any dealings with, owned stock in, or been employed by either Gilead Sciences Inc. or Gilead Sciences Ireland UC or any of their affiliated companies?

6. The lawyers, law firms, and legal organizations involved in this case are listed here. Please carefully review the list:

- Richards, Layton & Finger, PA
- U.S. Department of Justice, Civil Division, Commercial Litigation Branch

- U.S. Attorney's Office for the U.S. District of Delaware
- Wilmer Cutler Pickering Hale and Dorr LLP, or "WilmerHale"
- Shamoor Anis
- Sosun Bae
- David B. Bassett
- Walter W. Brown
- Benjamin Conery
- Timothy A. Cook
- Fred Cottrell
- Charles T. Cox, Jr.
- Jonathan A. Cox
- Alexandra M. Ewing
- Kelly E. Farnan
- Gillian T. Farrell
- Vinita Ferrera
- Mark Fleming
- Lucy Grace D. Noyola
- Scott G. Greene
- Patrick C. Holvey
- Nicholas J. Kim
- Stephanie Lin
- Christina Luo
- Ronald C. Machen
- David Mlaver
- Carrie Rosato
- Philip Charles Sternhell
- Matthew David Tanner
- George P. Varghese
- Lena A. Yueh

Do you or your immediate family members or close friends know of, have any business dealings with, or have any employment relationship with any of these attorneys, law firms, or legal organizations?

7. The potential witnesses in this case are listed here. Please carefully review the list:

- Gregg Alton
- Stefania Attard
- Debra Birnkrant
- Manish Bisaria
- Norbert Bischofberger
- Andrea Brancale
- Thomas Coates
- Marcus Conant
- Carl Dieffenbach
- Adela Enochs-Ochoa
- Mary Fanning
- David Feigal
- Charles Flexner
- Thomas Folks
- Jose Gerardo Garcia-Lerma
- Lawrence Goldkind
- Robert Grant
- Walid Heneine
- Declan Hickey
- Mick Hitchcock
- Howard Jaffe
- Robert Janssen
- Paul Johnson
- Tara Kirby
- Melissa Koomey

- Mae Lai
- William Lee
- Jennifer Leutgens
- Linda Lewis
- Julia Marcus
- DeForest McDuff
- Johnathan Mermin
- Christine Meyer
- Michael Miller
- Jeremiah Mitzelfelt
- Robert Murphy
- Daniel O'Day
- Ronald Otten
- Kimberly Page
- Kavitha Parthasarathy
- Lynn Paxton
- Dana Pizzuti
- James Rooney
- Suzanne Shope
- Susan Siegel
- Dawn Smith
- Shambavi Subbarao
- Greg Szekeres
- Dhiren Thakker
- Sonja Tong

Are you or is anyone in your immediate family or your close friends related to, or personally acquainted with, any of those individuals?

8. Have you or has anyone in your immediate family or close friends had any experience with patents, patent law, patented technology, or the United States Patent and Trademark Office?

9. Have you or has any member of your immediate family or close friends ever applied for, or obtained, a United States patent or foreign patent?

10. Do you have any opinions about patents or the patent system that might make it difficult for you to be a fair and impartial juror in this case?

11. Do you have any strong feelings, positive or negative, concerning the federal government, including the U.S. Department of Health and Human Services, U.S. Centers for Disease Control, the U.S. National Institutes of Health, the U.S. Food and Drug Administration and the U.S. Department of Justice, that might make it difficult for you to be a fair and impartial juror in this case?

12. Have you or has anyone in your immediate family or close friends ever purchased or used any products made by Gilead Sciences Inc. or Gilead Sciences Ireland UC or any of their affiliated companies?

13. Do you have any strong feelings, positive or negative, concerning the pharmaceutical industry, Gilead Sciences Inc. or Gilead Sciences Ireland UC or any of their affiliated companies that might make it difficult for you to be a fair and impartial juror on this case?

14. Have you or has anyone in your immediate family or close friends ever worked for a company that develops, manufactures, markets, or sells pharmaceutical products?

15. The subject matter of this patent lawsuit relates to drug regimens to help prevent individuals from acquiring Human Immunodeficiency Virus, sometimes referred to as "HIV," the virus that causes Acquired Immunodeficiency Syndrome, sometimes referred to as "AIDS." Do you have any strong feelings concerning HIV, AIDS or HIV/AIDS treatment and prevention, that might make it difficult for you to be a fair and impartial juror in this case?

16. Have you or has anyone in your immediate family or your close friends ever used drugs for prevention of HIV?

17. Have you ever heard of Truvada® or Descovy®?

18. Have you or someone close to you ever taken Truvada® or Descovy®?

19. Do you or any member of your immediate family have any formal education or training, or have you worked in any of the following fields: law, chemistry, pharmacology, biology, biochemistry, epidemiology, immunology, public health, clinical trials, medicine, nursing, social work, or regulatory drug approval?

20. Have you or any member of your immediate family ever been a plaintiff, a defendant, or a witness in a lawsuit?

21. Have you or any member of your immediate family ever served as a juror in a criminal or civil lawsuit?

22. Have you or any member of your immediate family ever had any experience with the legal system that make it difficult for you to be a fair and impartial juror?

23. This is the last question. Do you know of any other matter that you believe should be called to the Court's attention as having some bearing upon your qualifications or ability to sit as a juror, or that you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?