IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>*Plaintiff & Counterclaim-Defendant*,<br><br>v.<br><br>GILEAD SCIENCES, INC. and GILEAD SCIENCES IRELAND UC,<br><br>*Defendants & Counterclaim Plaintiff.* | C.A. No. 19-2103-MN |

## GILEAD'S OFFER OF PROOF REGARDING EVIDENCE OF GOVERNMENTAL AGENCY RECOMMENDATIONS

David B. Bassett
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888

Vinita C. Ferrera
Mark C. Fleming
George P. Varghese
Timothy A. Cook
Stephanie Lin
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Ronald C. Machen
Charles T. Cox Jr.
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363

Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
Alexandra M. Ewing (#6407)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel: (302) 651-7700
cottrell@rlf.com
farnan@rlf.com
ewing@rlf.com

*Counsel for Defendants Gilead Sciences, Inc. and Gilead Sciences Ireland UC and Counterclaim Plaintiff Gilead Sciences, Inc.*

Defendants Gilead Sciences, Inc. ("GSI") and Gilead Sciences Ireland UC ("GSIUC") (collectively, "Gilead") respectfully submit this offer of proof with regard to evidence relating to federal, state, and local agency guidelines (collectively, "PrEP Guidelines") recommending that physicians prescribe—and that people at risk of acquiring HIV take—Truvada® for PrEP and/or Descovy® for PrEP.  This evidence, which was the subject of the government's motion *in limine* No. 2 ("Gov't MIL 2"), D.I. 434-16 at 2-6, was excluded from trial under the Court's Order of April 28, 2023.  *See* D.I. 450, ¶ 16.

### I. The PrEP Guidelines Are Admissible Because They Are Relevant To Gilead's Defense To Induced Infringement, And Their Exclusion Unfairly Prejudiced Gilead.

The Court allowed Gov't MIL 2 based on its findings that (1) Gilead's implied license arguments are irrelevant to any infringement issues before the jury; and (2) any relevance the PrEP Guidelines "may have to inducement is far outweighed by the risk of prejudicing and confusing the jury." D.I. 450, ¶ 16.  The evidence at issue would have included the PrEP Guidelines themselves,[1] as well as testimony regarding the impact of the PrEP Guidelines on Gilead's state of mind (inducement), the use of PrEP products (causation), and the hypothetical negotiation between the parties (damages)—all issues that the jury will decide.[2]  As set forth in Gilead's opposition to Gov't MIL 2, *see* D.I. 434-16 at 7-12, this evidence is admissible and relevant to Gilead's defense of the induced infringement claims against it, as well as the parties' analyses of damages.  The exclusion of this evidence thus unfairly prejudiced Gilead in the jury

---

[1] While some of the PrEP Guidelines were admitted into evidence (DTX-408; JTX-102) as relevant to other issues, most of the PrEP Guidelines—including those that were in force during the period of alleged infringement—were not.  *See infra* (listing evidence).

[2] Regarding implied license, while it is for the Court to decide—as a matter of equity—whether the PrEP Guidelines *actually* authorized users to take Truvada® and Descovy® for PrEP, D.I. 450 at ¶ 16, it is for the jury to decide whether Gilead *subjectively believed* the government authorized users to do so consistent with its recommendations.

1

trial, particularly where no specific unfair prejudice that would outweigh the strong probative value of this evidence to Gilead's defense has been identified.

II.     **Offer of Proof**

Had Gilead been permitted to offer evidence regarding the foregoing matters, it would have offered the following exhibits and testimony:

- **Federal Guidelines**

    o **JTX-103 [attached as Exhibit A]:** CDC, "Update to Interim Guidance for Preexposure Prophylaxis (PrEP) for the Prevention of HIV Infection: PrEP for Injection Drug Users," 62 *Morbidity and Mortality Weekly Report* 463-465 (2013) ("CDC recommends that daily TDF/FTC be the preferred PrEP regimen for [injection drug users]" although it was "currently an 'off-label use'").

    o **DTX-117 [attached as Exhibit B]:** The Office of National AIDS Policy, "The National HIV/AIDS Strategy: Updated to 2020" (updated 2020) at 10 ("CDC has issued guidance to providers recommending PrEP be considered for those at substantial risk for HIV.").

    o **DTX-355 [attached as Exhibit C]:** CDC, "HIV Pre-exposure Prophylaxis (PrEP) Care System" (Jan. 2022) (CDC website informing public regarding Truvada® and Descovy® for PrEP).

    o **DTX-356 [attached as Exhibit D]:** CDC, "New Guidelines Recommend Daily HIV Prevention Pill for Those at Substantial Risk" (May 2014) (CDC announcing its new guidelines "recommend[ing] that health care providers consider pre-exposure prophylaxis").

    o **DTX-416 [attached as Exhibit E]:** CDC, "Interim Guidance: Preexposure Prophylaxis for the Prevention of HIV Infection in Men Who Have Sex with Men," 60 *Morbidity and Mortality Weekly Report* 65-91 (2011) (recommending that healthcare providers "[p]rescribe 1 tablet of Truvada (TDF [300mg] plus FTC [200 mg]) daily" for PrEP to at-risk men who have sex with men).

    o **DTX-544 [attached as Exhibit F]:** US Public Health Service, "Preexposure Prophylaxis for the Prevention of HIV Infection in the United States – 2014: Clinical Providers' Supplement" at 9 ("Truvada Medication Information Sheet for Patients").

    o **DTX-545 [attached as Exhibit G]:** US Public Health Service, "Preexposure Prophylaxis for the Prevention of HIV Infection in the United States – 2017 Update: A Clinical Practice Guideline" at 45 (listing "TDF + FTC" under trade name "Truvada" in "Table 10: Recommended Oral PrEP Medications").

    o **DTX-546 [attached as Exhibit H]:** US Public Health Service, "Preexposure Prophylaxis for the Prevention of HIV Infection in the United States – 2017

Update: Clinical Providers' Supplement" at 13 ("Truvada Medication Information Sheet for Patients").

- o **DTX-547 [attached as Exhibit I]:**  US Public Health Service, "Preexposure Prophylaxis for the Prevention of HIV Infection in the United States – 2021 Update: A Clinical Practice Guideline" at 3 (listing addition of "F/TAF as an FDA-approved choice" for PrEP and describing "procedures for the off-label prescription of TDF/FTC to men who have sex with men on a non-daily regimen ('2-1-1')").

- o **DTX-548 [attached as Exhibit J]:**  US Public Health Service, "Preexposure Prophylaxis for the Prevention of HIV Infection in the United States – 2021 Update: Clinical Providers' Supplement" at 15 ("Truvada and Descovy Medication Information Sheet for Patients").

- o **DTX-636 [attached as Exhibit K]:**  HIV.gov, "Pre-Exposure Prophylaxis" (May 2022) (HHS website informing public regarding Truvada® and Descovy® for PrEP).

- o **DTX-645 [attached as Exhibit L]:**  CDC, "CDC Statement on FDA Approval of Drug for HIV Prevention" (July 2012) (CDC applauding FDA' approval of Truvada® for PrEP and noting its guidelines on PrEP).

- **State and Local Guidelines**

  - o **DTX-549 [attached as Exhibit M]:**  New York State Department of Health AIDS Institute, Clinical Guidelines Program, "PrEP to Prevent HIV and Promote Sexual Health" (updated Feb. 2020) at 7 ("Clinicians should recommend pre-exposure prophylaxis") and 17 (under "Recommendations: Prescribing PrEP" stating "Tenofovir disoproxil fumarate/emtricitabine (TDF/FTC) is the preferred regimen for pre-exposure prophylaxis (PrEP)" and "TAF/FTC as PrEP is preferred in cisgender MSM and transgender women who have preexisting renal disease or osteoporosis").

  - o **DTX-550 [attached as Exhibit N]:**  New York State Department of Health AIDS Institute, "Preventing HIV by Taking One Pill Once a Day: Pre-exposure Prophylaxis (PrEP) Frequently Asked Questions" (updated June 2016).

  - o **DTX-551 [attached as Exhibit O]:**  New York State Department of Health AIDS Institute, "Preventing HIV by Taking One Pill Once a Day: Pre-exposure Prophylaxis (PrEP) Frequently Asked Questions" (July 2018).

  - o **DTX-552 [attached as Exhibit P]:**  New York State Department of Health AIDS Institute, "HIV Pre-exposure Prophylaxis (PrEP):  Individualized HIV Prevention Frequently Asked Questions" (Jan. 2020).

  - o **DTX-553 [attached as Exhibit Q]:**  Wayback Machine reflecting New York State Department of Health website titled "Preventing HIV by Taking One Pill Once a Day: Pre-Exposure Prophylaxis (PrEP)" (Jan. 2015).

- **International Guidelines**

    o **DTX-357 [attached as Exhibit R]:** Gilead presentation on survey indicating that the most important factors for the prescription of Truvada® for PrEP or Descovy® for PrEP were patient request or inclusion in guidelines (e.g., from CDC, WHO, and others).

    o **DTX-540 [attached as Exhibit S]:** WHO, "Global data shows increasing PrEP use and widespread adoption of WHO PrEP recommendations" (Mar. 2021).

    o **DTX-541 [attached as Exhibit T]:** Schaefer, Robin, et al., "Adoption of guidelines on and use of oral pre-exposure prophylaxis: a global summary and forecasting study," *The Lancet*, Vol. 8 No. 8 (2021) ("assess[ing] global trends in the adoption of WHO PrEP recommendations into national guidelines and numbers of PrEP users").

    o **DTX-542 [attached as Exhibit U]:** WHO, "WHO Expands Recommendation on Oral Pre-Exposure Prophylaxis of HIV Infection (PrEP)" (Nov. 2015).

    o **DTX-867 [attached as Exhibit V]:** WHO, "Consolidated guidelines on HIV prevention, diagnosis, treatment and care for key populations," (July 2014).

- **Testimony**

    o Gilead's representatives—former General Counsel and Interim CEO Gregg Alton and the Vice Present and General Manager for Gilead's Canada operations Melissa Koomey—testified that the CDC PrEP Guidelines encouraged Gilead to begin marketing and promoting Truvada® for PrEP. *See, e.g.*, Rough Tr. 821:1-822:10 (Koomey) [attached as Exhibit W; *id*. at 775:19-23 (Alton). Moreover, Mr. Alton testified that Gilead has never intended to induce infringement of the government's patents. *See id.* at 752:25-753:2. Had testimony regarding the PrEP Guidelines relative to induced infringement been permitted, these witnesses would have further testified that the government's various recommendations to doctors and/or at-risk persons that they use Truvada® and Descovy® for PrEP through the PrEP Guidelines contributed to Gilead's subjective belief that it was not inducing infringement.

    o Gilead would have cross-examined the government's fact witnesses, including but not limited to Dr. Jonathan Mermin, regarding the CDC's promotion of PrEP products and the effectiveness of the CDC's promotion at driving use of PrEP. *See, e.g.*, Mermin Dep. Tr. 96:22-97:9, 101:3-19, 106:12-111:7, 123:13-124:25 [attached as Exhibit X]. Consistent with Dr. Mermin's deposition testimony, Gilead would have elicited admissions that the purpose of the CDC's PrEP Guidelines was to educate doctors and patients on PrEP and recommend its use.

    o Gilead would have cross-examined Dr. Walid Heneine, who helped draft the CDC's PrEP Guidelines, and elicited testimony that "the whole point of the guidelines" was to recommend Truvada® for PrEP. Heneine Dep. Tr. 274:2-3, 274:7-8 [attached as Exhibit Y]; DTX-832 at 832.0169 (Dr. Heneine's CFC trial testimony) [attached as Exhibit Z].

- o  Gilead's expert Dr. Charles Flexner would have testified, consistent with his expert report, that the government's expert Dr. Robert Murphy did not establish that doctors prescribed and patients used Truvada® for PrEP because of actions taken by Gilead, rather than other sources, including CDC and state guidance expressly recommending and encouraging such use.  *See* DTX-813 at 813.0448-55, 813.478-483 [attached as Exhibit AA].  And Dr. Flexner would have further testified that Dr. Murphy made no effort to disaggregate any alleged direct infringement caused by Gilead from those caused by federal and state PrEP Guidelines.  *See id.*

- o  At trial, Dr. Murphy introduced circumstantial evidence relating to the government's allegation that Gilead's package insert and/or promotional materials induced the direct infringement alleged by the government.  *See, e.g.*, Ex. W at 589:14-590:4; 596:6-597:13; 613:10-18.  However, Dr. Murphy admitted at his deposition that the PrEP Guidelines from the CDC and state agencies "are distributed to encourage people to take TRUVADA and DESCOVY for PrEP," and that the PrEP Guidelines recommend PrEP beyond what Gilead's materials instruct.  Murphy Dep. Tr. 114:16-116:3, 205:21-206:6 [attached as Exhibit BB].  Gilead would have elicited these admissions from Dr. Murphy on cross-examination, as well as the resulting implication that the PrEP Guidelines cause alleged predicate acts of direct infringement.

- o  The government's damages expert, Dr. DeForest McDuff, is expected to testify—consistent with his deposition—that Gilead's label does not recommend PrEP for injection drug users, but his analysis includes those patients in the damages base nonetheless.  *See* McDuff Dep. Tr. 165:10-13, 167:12-23 [attached as Exhibit CC].  Likewise, Dr. Murphy testified that injection drug users are not "specifically" mentioned as intended users in the Truvada® label but that "[o]ne in 500 seeks out PrEP."  Ex. W at 622:5-623:13.  Had it been permitted, Gilead would have cross-examined these experts regarding the fact that the PrEP Guidelines do encourage offering PrEP to injection drug users, and that Gilead consequently cannot be held liable for, or required to pay damages for, such uses.

- o  Gilead's damages expert, Dr. Christine Meyer, would have testified in accordance with her expert report that the government failed to address whether any alleged direct infringement (such as by injection drug users) would not have occurred but for the PrEP Guidelines—and that this failure has led to the government asserting an inflated and flawed royalty base.  *See* DTX-816 at 816.0051-52 [attached as Exhibit DD].

- o  Dr. Meyer also opines under *Georgia-Pacific* factor 4 that one of the reasons the government would have agreed to a relatively modest royalty for Gilead (as compared to generic licensees) is that it wanted a partner to help it accomplish its goal of promoting PrEP.  *See id.* at 816.0077 (¶ 160).  Had she been permitted, Dr. Meyer would have opined that the government's *actual promotion* of PrEP establishes how important the government considered promoting PrEP to be.  *Id.* at 816.0027 (¶55).

| | |
|---|---|
| Dated: May 8, 2023 | Respectfully submitted, |
| | |
| | /s/ Frederick L. Cottrell, III |
| *Of Counsel:* | Frederick L. Cottrell, III (#2555) |
| | Kelly E. Farnan (#4395) |
| David B. Bassett | Alexandra M. Ewing (#6407) |
| WILMER CUTLER PICKERING | RICHARDS, LAYTON & FINGER, P.A. |
|   HALE AND DORR LLP | One Rodney Square |
| 7 World Trade Center | 920 North King Street |
| 250 Greenwich Street | Wilmington, DE 19801 |
| New York, NY 10007 | Tel: (302) 651-7700 |
| Tel: (212) 230-8800 | cottrell@rlf.com |
| Fax: (212) 230-8888 | farnan@rlf.com |
| | ewing@rlf.com |
| Vinita C. Ferrera | |
| Mark C. Fleming | *Counsel for Defendants Gilead Sciences,* |
| George P. Varghese | *Inc. and Gilead Sciences Ireland UC and* |
| Timothy A. Cook | *Counterclaim Plaintiff Gilead Sciences, Inc.* |
| Stephanie Lin | |
| WILMER CUTLER PICKERING | |
|   HALE AND DORR LLP | |
| 60 State Street | |
| Boston, MA 02109 | |
| Tel: (617) 526-6000 | |
| Fax: (617) 526-5000 | |
| | |
| Ronald C. Machen | |
| Charlie T. Cox Jr. | |
| WILMER CUTLER PICKERING | |
|   HALE AND DORR LLP | |
| 2100 Pennsylvania Avenue NW | |
| Washington, DC 20037 | |
| Tel: (202) 663-6000 | |
| Fax: (202) 663-6363 | |