IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
|     Plaintiff/Counterclaim Defendant, | ) ) ) |
| v. | ) ) |
| GILEAD SCIENCES, INC., | )   C.A. No. 19-2103 (MN) |
|     Defendant/Counterclaim Plaintiff, | ) ) ) |
| and GILEAD SCIENCES IRELAND UC, | ) ) |
|     Defendant. | ) |

## VERDICT FORM

**Instructions:** In answering the following questions and completing this Verdict Form, please follow the directions provided throughout the form and all of the instructions I have given you in the Court's charge. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to each question.

As used herein:

1.    **The "'333 patent" refers to U.S. Patent No. 9,579,333.**

2.    **The "'191 patent" refers to U.S. Patent No. 9,937,191.**

3.    **The "'423 patent" refers to U.S. Patent No. 10,335,423.**

These three patents are together sometimes referred to as the "Asserted Patents."

The "United States" refers to Plaintiff and Counterclaim-Defendant The United States of America. "Gilead" refers to Defendant and Counterclaim-Plaintiff Gilead Sciences, Inc. and Defendant Gilead Sciences Ireland UC collectively. "GSI" refers *only* to Gilead Sciences, Inc. "GSIUC" refers *only* to Gilead Sciences Ireland UC.

– 2 –

# INFRINGEMENT

**Truvada® for PrEP**

1. **Has the United States proven by a preponderance of the evidence that one or more patients or physicians (either separately or jointly) directly infringed any of the following claims by using Truvada® for PrEP?**

|  | Yes (finding for The United States) | No (finding for Gilead) |
|---|---|---|
| '333 patent, claim 13 | _____ | _____ |
| '191 patent, claim 18 | _____ | _____ |
| '423 patent, claim 18 | _____ | _____ |

*If you answered "NO" for all claims in Question 1, do not answer Question 2 or Question 3, and proceed to Question 4. If you answered "YES" for any claim, answer Questions 2 and 3 for that claim or those claims.*

2. **For any claim to which you responded "YES" in Question 1, has the United States proven by a preponderance of the evidence that *GSI* induced infringement of that claim with respect to Truvada® for PrEP?**

|  | Yes (finding for The United States) | No (finding for GSI) |
|---|---|---|
| '333 patent, claim 13 | _____ | _____ |
| '191 patent, claim 18 | _____ | _____ |
| '423 patent, claim 18 | _____ | _____ |

3. **For any claim to which you responded "YES" in Question 1, has the United States proven by a preponderance of the evidence that *GSIUC* induced infringement of that claim with respect to Truvada® for PrEP?**

|  | Yes (finding for The United States) | No (finding for GSIUC) |
|---|---|---|
| '333 patent, claim 13 | _____ | _____ |
| '191 patent, claim 18 | _____ | _____ |
| '423 patent, claim 18 | _____ | _____ |

**PROCEED TO QUESTION 4**

**Descovy® for PrEP**

4. **Has the United States proven by a preponderance of the evidence that one or more patients or physicians (either separately or jointly) directly infringed the following claim by using Descovy® for PrEP?**

                              Yes (finding for The   No (finding for Gilead)
                              United States)

    '423 patent, claim 18      _____    _____

*If you answered "NO" in Question 4, do not answer Question 5 or Question 6, and proceed to Question 7. If you answered "YES" in Question 4, answer Questions 5 and 6.*

5. **Has the United States proven by a preponderance of the evidence that <u>*GSI*</u> induced infringement of claim 18 of the '423 patent with respect to Truvada® for PrEP?**

                              Yes (finding for The   No (finding for GSI)
                              United States)

    '423 patent, claim 18      _____    _____

6. **Has the United States proven by a preponderance of the evidence that <u>*GSIUC*</u> induced infringement of claim 18 of the '423 patent with respect to Descovy® for PrEP?**

                              Yes (finding for The   No (finding for
                              United States)        GSIUC)

    '423 patent, claim 18      _____    _____

**PROCEED TO QUESTION 7.**

– 4 –

**INVALIDITY**

7. **Has Gilead proven by clear and convincing evidence that any of the following claims is invalid because it is anticipated?**

|  | Yes (finding for Gilead) | No (finding for The United States) |
|---|---|---|
| '333 patent, claim 13 | _____ | _____ |
| '191 patent, claim 18 | _____ | _____ |
| '423 patent, claim 18 | _____ | _____ |

8. **Has Gilead proven by clear and convincing evidence that any of the following claims is invalid because it would have been obvious?**

|  | Yes (finding for Gilead) | No (finding for The United States) |
|---|---|---|
| '333 patent, claim 13 | _____ | _____ |
| '191 patent, claim 18 | _____ | _____ |
| '423 patent, claim 18 | _____ | _____ |

9. **Has Gilead proven by clear and convincing evidence that any of the following claims is invalid because it is not enabled?**

|  | Yes (finding for Gilead) | No (finding for The United States) |
|---|---|---|
| '423 patent, claim 18 | _____ | _____ |

*If you answered "Yes" to Question Nos. 2, 3, 5 or 6 (induced patent infringement) for any claim or claims and "No" to Questions Nos. 7, 8 and 9 (invalidity) for that claim or those claims, you must answer Question No. 10. Otherwise, skip to the end of the Verdict Form.*

– 5 –

**DAMAGES**

10.     **What amount of damages has the United States proven by a preponderance of the evidence it is entitled to recover?**

$ _____

**PROCEED TO NEXT PAGE.**

– 6 –

## UNANIMOUS VERDICT

*Upon reaching a unanimous verdict on each question above, each juror must sign below, and the foreperson should add the date.*

We, the jury, unanimously agree to the answers to the above questions and return them under the instructions of this Court as our verdict in this case.

Foreperson     _____.

Juror     _____.

Juror     _____.

Juror     _____.

Juror     _____.

Juror     _____.

May _____, 2023