IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>   Plaintiff & Counterclaim-Defendant,<br><br>   v.<br><br>GILEAD SCIENCES, INC. and<br>GILEAD SCIENCES IRELAND UC,<br><br>   Defendants & Counterclaim-Plaintiff. | C.A. No. 19-02103-MN |

**STIPULATION AND ORDER**
**TO ADMIT EXCERPTED TRIAL EXHIBITS**

WHEREAS, PTX-3051 was provisionally admitted (Rough Trial Tr. at 459:11-17) and has now been excerpted as PTX-3051.001-.054;

WHEREAS, PTX-3053 was provisionally admitted (Rough Trial Tr. at 462:04) and has now been excerpted as PTX-3053.0001-.088, PTX-3053.319-.374;

WHEREAS, PTX-3054 was provisionally admitted (Rough Trial Tr. at 462:18-19) and has now been excerpted as PTX-3054.001-.085, PTX-3054.275-.329;

WHEREAS, PTX-3055 was provisionally admitted (Rough Trial Tr. at 463:06) and has now been excerpted as PTX-3055.001-.081, PTX-3055.204-.256;

WHEREAS, DTX-241 was provisionally admitted (*see* Rough Trial Tr. at 493:24-25) and has now been excerpted as DTX-241.0001–.0015, DTX-241.0250, DTX-241.0255–.0258, DTX-241.0262–.0264, DTX-241.0267–.0280, DTX-241.0294, DTX-241.0313–.0316, DTX-241.0322–.0323, DTX-241.0327–.0332, DTX-241.0342–.0350;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff the United States of America and Defendants Gilead Sciences, Inc. and Gilead Sciences Ireland UC, and subject to

the approval of the Court, that the above-described excerpted versions of PTX-3051, PTX-3053, PTX-3054, PTX-3055, and DTX-241 shall be admitted into evidence.

STIPULATED AND AGREED TO FOR PLAINTIFF:

        BRIAN BOYNTON
        Principal Deputy Assistant Attorney General

        GARY L. HAUSKEN
        Director

*Of Counsel:*
PHILIP CHARLES STERNHELL     WALTER W. BROWN
Assistant Director     Senior Litigation Counsel
    Commercial Litigation Branch
PATRICK C. HOLVEY     Civil Division
CARRIE E. ROSATO     U.S. Department of Justice
LUCY GRACE D. NOYOLA     Washington, D.C. 20530
MATT D. TANNER     Tel: (202) 307-0341
Department of Justice     Fax: (202) 307-0345
    *walter.brown2@usdoj.gov*

LENA YUEH
Special Counsel     DAVID C. WEISS
    United States Attorney

    */s/ Shamoor Anis*
    SHAMOOR ANIS
    Assistant United States Attorney
    1313 N. Market Street
    P.O. Box 2046
    Wilmington, Delaware 19899-2046
    Tel: (302) 573-6277
    Fax: (302) 573-6220
    *Shamoor.anis@usdoj.gov*

    *Attorneys for Plaintiff United States*

STIPULATED AND AGREED TO FOR DEFENDANTS:

| | |
|---|---|
| *Of Counsel:* | */s/ Alexandra M. Ewing* |
| | Frederick L. Cottrell, III (#2555) |
| David B. Bassett | Kelly E. Farnan (#4395) |
| WILMER CUTLER PICKERING | Alexandra M. Ewing (#6407) |
|   HALE AND DORR LLP | RICHARDS, LAYTON & FINGER, P.A. |
| 7 World Trade Center | One Rodney Square |
| 250 Greenwich Street | 920 North King Street |
| New York, NY 10007 | Wilmington, DE 19801 |
| Tel: (212) 230-8800 | Tel: (302) 651-7700 |
| Fax: (212) 230-8888 | cottrell@rlf.com |
| | farnan@rlf.com |
| | ewing@rlf.com |
| Vinita C. Ferrera | |
| Emily R. Whelan | |
| George P. Varghese | |
| Timothy A. Cook | *Counsel for Defendants Gilead Sciences,* |
| Jonathan A. Cox | *Inc. & Gilead Sciences Ireland UC* |
| Stephanie Lin | |
| Benjamin Conery | |
| WILMER CUTLER PICKERING | |
|   HALE AND DORR LLP | |
| 60 State Street | |
| Boston, MA 02109 | |
| Tel: (617) 526-6000 | |
| Fax: (617) 526-5000 | |

Ronald C. Machen
Charles T. Cox, Jr.
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363

                        IT IS SO ORDERED this 9th day of May 2023.

                        */s/ Maryellen Noreika*
                        The Honorable Mareyllen Noreika
                        United States District Judge