UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| GILEAD SCIENCES, INC., ) | C.A. No. 19-2103 (MN) |
| ) | |
| Defendant/Counterclaim Plaintiff, ) | |
| ) | |
| and GILEAD SCIENCES IRELAND UC, ) | |
| ) | |
| Defendant. ) | |

## JOINT EXHIBIT & WITNESS LIST [LOCAL VERSION]

| PRESIDING JUDGE<br>Judge Maryellen Noreika | PLAINTIFF'S COUNSEL<br>U.S. Attorney's Office, District of Delaware (Shamoor Anis)/U.S. Department of Justice (Walter W. Brown) | REPORTER<br>Dale Hawkins |
|---|---|---|
| DATES OF JURY TRIAL<br>5/2/2023 to 5/9/2023 | DEFENDANT'S COUNSEL<br>Richards, Layton & Finger, P.A. (Frederick L. Cottrell, III)/Wilmer Cutler Pickering Hale and Dorr LLP (David B. Bassett) | COURTROOM DEPUTY<br>Mark Buckson |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
| JTX 2 | | | 5/2 | Yes | Yes | U.S. Patent No. 9,579,333 | Dr. Folks |
| JTX 3 | | | 5/3 | Yes | Yes | U.S. Patent No. 9,937,191 | Dr. Heneine |
| JTX 4 | | | 5/3 | Yes | Yes | U.S. Patent No. 10,335,423 | Dr. Heneine |
| JTX 9 | | | 5/3 | Yes | Yes | U.S Provisional Application No. 60/764,811 | Dr. Heneine |
| JTX 10 | | | 5/5 | Yes | Yes | Truvada (emtricitabine and tenofovir disoproxil fumarate) Tablets package insert ("2004 Truvada® Label") | Dr. Flexner |
| JTX 11 | | | 5/5 | Yes | Yes | California Department of Health Services, Offering HIV Post- Exposure Prophylaxis (PEP) Following Non-Occupational Exposure Recommendations for Health Care Providers in the State of California ("2004 California PEP Guidelines") | Dr. Flexner |
| JTX 12 | | | 5/2 | Yes | Yes | Tsai, et al., "Prevention of SIV Infection in Macaques by (R)-9- 2(2-Phosphonylmethoxypropyl)adenine" ("Tsai 1995") | Dr. Folks |
| JTX 20 | | | 5/4 | Yes | Yes | Mayer, et al., "Emtricitabine and tenofovir alafenamide vs emtricitabine and tenofovir disoproxil fumarate for HIV pre- exposure prophylaxis (DISCOVER): primary results from a randomised, double-blind, multicentre, active-controlled, phase 3, non-inferiority trial" ("Mayer 2020") | Dr. Murphy |
| JTX 21 | | | 5/8 | Yes | Yes | XV International AIDS Conference Program (K. Van Rompay, et al., Oral Tenofovir DF Protects Infant Macaques Against Infection Following Repeated Low-Dose Oral Exposure to Virulent Simian Immunodeficiency Virus, XV Int'l AIDS Conf., 2004 Bangkok (Late Breaker Abstract LbOrB10)). | Dr. Grant |
| JTX 51 | | | 5/3 | Yes | Yes | FDA Memorandum of Meeting Minutes | Dr. Birnkrant |
| JTX 52 | | | 5/2 | Yes | Yes | Robert Janssen Offer Letter | Dr. Bischofberger |

Page 1 of 8

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
| JTX 55 | | | 5/3 | Yes | Yes | Massud, et al., "Chemoprophylaxis With Oral Emtricitabine and Tenofovir Alafenamide Combination Protects Macaques from Rectal Simian/Human Immunodeficiency Virus Infection" | Dr. Heneine |
| JTX 61 | | | 5/5 | Yes | Yes | Expert Consultation on The Implications of Tenofovir as HIV Chemoprophylaxis | Dr. Page |
| JTX 62 | | | 5/3 | Yes | Yes | Concept Sheet: Truvada (TDF/FTC) for HIV Prevention in American Men, Grant | Dr. Grant |
| JTX 64 | | | 5/3 | Yes | Yes | Daily Oral Chemoprophylaxis to Prevent HIV-1 Infection in Men Protocol Chair | Dr. Grant |
| JTX 65 | | | 5/5 | Yes | Yes | Smith et al., Antiretroviral postexposure prophylaxis after sexual, injection-drug use, or other nonoccupational exposure to HIV in the United States, 54 Morbidity & Mortality Wkly. Rep. 54 (RR-2) | Dr. Flexner |
| JTX 66 | | | 5/3 | Yes | Yes | Panlilio et al., Updated U.S. Public Health Service Guidelines for the Management of Occupational Exposure to HIV and Recommendations for Post-Exposure Prophylaxis, 54(RR-9) Morbidity & Mortality Wkly. Rep. 1 | Dr. Heneine |
| JTX 68 | | | 5/3 | Yes | Yes | Grant, et al., "Preexposure Chemoprophylaxis for HIV Prevention in Men Who Have Sex with Men," The New England Journal of Medicine | Dr. Grant |
| JTX 102 | | | 5/5 | Yes | Yes | MMWR; Interim Guidance for Clinician's Considering the Use of Preexposure Prophylaxis for the Prevention of HIV Infection in Heterosexually Active Adults (2012) | Dr. Smith |
| JTX 105 | | | 5/2 | Yes | Yes | Truvada® Package Insert, Gilead Sciences, Inc., Foster City, CA (July 2012) | Tong |
| JTX 106 | | | 5/2 | Yes | Yes | Email RE: Update on CDC European patent on Truvada | Dr. Mermin |
| JTX 122 | | | 5/3 | Yes | Yes | Material Transfer Agreement (NCHSTP-V053471-00) | Dr. Heneine |
| JTX 123 | | | 5/3 | Yes | Yes | Material Transfer Agreement (NCHSTP-V053649-00) | Dr. Heneine |
| JTX 129 | | | 5/3 | Yes | Yes | Blank Employee Invention Report | Dr. Heneine |
| | PTX 35 | | 5/4 | Yes | Yes | 2009 Gilead PrEP Strategy Presentation | Alton |
| | PTX 39 | | 5/4 | Yes | Yes | Memo from Tobias Peschel to John Martin and others on Truvada for PrEP REMS (June 22, 2011) | Alton |
| | PTX 118 | | 5/2 | Yes | Yes | Bischofberger CV | Dr. Bischofberger |
| | PTX 128 | | 5/2 | Yes | Yes | Robert Janssen employee disclosure form | Dr. Bischofberger |
| | PTX 213 | | 5/4 | Yes | Yes | Article by Adam Graham-Silverman on HIV treatment for noninfected | Dr. Conant |
| | PTX 214 | | 5/4 | Yes | Yes | Article from Science and Technology News | Dr. Conant |
| | PTX 391 | | 5/8 | Yes | Yes | Email from Robert Grant to David Burns and others | Dr. Grant |
| | PTX 413 | | 5/3 | Yes | Yes | Summary Report from the Expert Consultation on the Implications of Tenofovir as HIV Chemoprophylaxis (December 2004) | Dr. Heneine |
| | PTX 421 | | 5/2 | Yes | Yes | Article: Chemoprophylaxis with Tenofovir Disoproxil Fumarate Provided Partial Protection against Infection with Simian Human Immunodeficiency Virus in Macaques Given Multiple Virus Challenges , by et al Subbarao | Dr. Folks |
| | PTX 424 | | 5/3 | Yes | Yes | Heneine email to Rooney with attached presentation disclosing invention | Dr. Heneine |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
|  | PTX 425 |  | 5/3 | Yes | Yes | PLOS article "Prevention of Rectal SHIV Transmission in Macaques by Daily…" | Dr. Heneine |
|  | PTX 443 |  | 5/3 | Yes | Yes | Email from Walid Heneine to Jim Rooney, attaching PLoS Medicine article (Garcia-Lerma, et al.) | Dr. Heneine |
|  | PTX 453 |  | 5/4 | Yes | Yes | Truvada transaction history of shipments to the US | Dr. Murphy |
|  | PTX 477 |  | 5/4 | Yes | Yes | Packaging agreement | Dr. Murphy |
|  | PTX 480 |  | 5/4 | Yes | Yes | Joinder and Amendment Number 3 to the Packing Agreement | Dr. Murphy |
|  | PTX 481 |  | 5/4 | Yes | Yes | Manufacturing services agreement between GSI and GSL | Dr. Murphy |
|  | PTX 559 |  | 5/4 | Yes | Yes | Tara Kirby Presentation slide deck for Licensing and Patenting at the NIH | Dr. Kirby |
|  | PTX 560 |  | 5/4 | Yes | Yes | Email from Inez Fields to Ben Thomson with License Agreement attachment (April 27, 2016) | Dr. Kirby |
|  | PTX 562 |  | 5/4 | Yes | Yes | Patent License Agreement between CDC and Cipla Limited | Dr. Mitzelfelt |
|  | PTX 564 |  | 5/4 | Yes | Yes | Patent License Agreement between CDC and Laurus Generics, Inc. | Dr. Mitzelfelt |
|  | PTX 572 |  | 5/4 | Yes | Yes | Federal Register Notices Volume 79 No. 190 (October 1, 2014) | Dr. Kirby |
|  | PTX 575 |  | 5/4 | Yes | Yes | Email from Laura Prestia to Linda Higgins (October 23, 2014) | Dr. Kirby |
|  | PTX 576 |  | 5/4 | Yes | Yes | Email from Laura Prestia to Jay Parrish (October 23, 2014) | Dr. Kirby |
|  | PTX 577 |  | 5/4 | Yes | Yes | Email thread "Looking for a Gilead contact" from Tara Kirby (March 2016) | Dr. Kirby |
|  | PTX 582 |  | 5/3 | Yes | Yes | Registration Certificate for Truvada for PrEP | Koomey |
|  | PTX 583 |  | 5/3 | Yes | Yes | Registration Certificate DESCOVY for PrEP | Koomey |
|  | PTX 587 |  | 5/3 | Yes | Yes | Registration No. 6,414,007 DESCOVY for PrEP Logo | Koomey |
|  | PTX 609 |  | 5/3 | Yes | Yes | Center for Drug Evaluation and Research Approval Package for Application No. 20820rig1s012 | Dr. Birnkrant |
|  | PTX 636 |  | 5/3 | Yes | Yes | Email from Steve Krawczyk to Allan Kutzenco and others on printed Derwent alert (8/6/2008) | Lee |
|  | PTX 637 |  | 5/3 | Yes | Yes | Aug-Oct2007DerwentAlert.pdf | Lee |
|  | PTX 670 |  | 5/2 | Yes | Yes | PrEP User ATU Presentation (Jan 2018) | Luetgens |
|  | PTX 870 |  | 5/4 | Yes | Yes | International Publication Number WO 2007/092326 A2 | Dr. Kirby |
|  | PTX 932 |  | 5/5 | Yes | Yes | Interim Guidance: PrEP for the Prevention of HIV Infection in Men Who Have Sex with Men (January 2011) | Dr. Smith |
|  | PTX 1005 |  | 5/2 | Yes | Yes | TRUVADA label (June 2013) | Tong |
|  | PTX 1006 |  | 5/2 | Yes | Yes | TRUVADA label (October 2013) | Tong |
|  | PTX 1007 |  | 5/2 | Yes | Yes | TRUVADA label (December 2013) | Tong |
|  | PTX 1008 |  | 5/2 | Yes | Yes | TRUVADA label (February 2016) | Tong |
|  | PTX 1009 |  | 5/2 | Yes | Yes | TRUVADA label (March 2016) | Tong |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
|  | PTX 1010 |  | 5/2 | Yes | Yes | TRUVADA label (April 2017) | Tong |
|  | PTX 1011 |  | 5/2 | Yes | Yes | TRUVADA label (May 2018) | Tong |
|  | PTX 1012 |  | 5/2 | Yes | Yes | TRUVADA label (June 2020) | Tong |
|  | PTX 1014 |  | 5/2 | Yes | Yes | DESCOVY label (October 2019) | Tong |
|  | PTX 1015 |  | 5/2 | Yes | Yes | DESCOVY label (December 2019) | Tong |
|  | PTX 1016 |  | 5/2 | Yes | Yes | DESCOVY label (March 2021) | Tong |
|  | PTX 1017 |  | 5/2 | Yes | Yes | DESCOVY label (January 2022) | Tong |
|  | PTX 1173 |  | 5/5 | Yes | Yes | Thigpen, Michael C et al., "Antiretroviral preexposure prophylaxis for heterosexual HIV transmission in Botswana," The New England Journal of Medicine, 08/02/2012, https://pubmed.ncbi.nlm.nih.gov/22784038/ | Dr. Johnson |
|  | PTX 1327 |  | 5/4 | Yes | Yes | PHS Tech Transfer Procedure Manual Ch. No. 700.2 | Dr. Kirby |
|  | PTX 1328 |  | 5/4 | Yes | Yes | PHS Tech Transfer Procedure Manual Ch. No. 313.1 | Dr. Kirby |
|  | PTX 1329 |  | 5/4 | Yes | Yes | PHS Tech Transfer Procedure Manual Ch. No. 300 | Dr. Kirby |
|  | PTX 1342 |  | 5/3 | Yes | Yes | Approval Package of Gilead's SNDA for Truvada for PrEP | Dr. Birnkrant |
|  | PTX 1405 |  | 5/2 | Yes | Yes | Multiple Vaginal Exposures to Low Doses of R5 Simian-Human Immunodeficiency Virus | Dr. Folks |
|  | 1480 |  | 5/5 | Yes | Yes | Article, "Pre-exposure prophylaxis for HIV prevention in a large integrated health system: Adherence, renal safety, and discontinuation," December 15, 2016 | Dr. Marcus |
|  | PTX 1483 |  | 5/5 | Yes | Yes | Article,"Rates of Pre-exposure Prophylaxis Use and Discontinuation Among a Large U.S. National Sample of Sexual Minority Men and Adolescents," T. Whitfield | Dr. Marcus |
|  | PTX 1507 |  | 5/8 | Yes | Yes | Research paper titled "Metabolism and Pharmacokinetics of Novel Oral Prodrugs of 9-[(R)-2-(phosphonomethoxy)propyl]adenine (PMPA) in Dogs, with lead author Jeng-Pyng Shaw | Dr. Thakker |
|  | PTX 1509 |  | 5/8 | Yes | Yes | United Stated Patent Application Publication No. 2005/0009043 A1, dated January 13, 2005 | Dr. Thakker |
|  | PTX 1511 |  | 5/4 | Yes | Yes | Robert L. Murphy CV | Dr. Murphy |
|  | PTX 1521 |  | 5/3 | Yes | Yes | Uptake of pre-exposure prophylaxis, sexual practices, and HIV incidence in men and transgender women who have sex with men: a cohort study | Dr. Grant |
|  | PTX 1527 |  | 5/2 | Yes | Yes | E-mail exchange between Lynn Paxton and Thomas Folks and others re: TDF levels | Dr. Folks |
|  | PTX 1528 |  | 5/2 | Yes | Yes | E-mail from Ronald Otten to Shambavi Subbarao | Dr. Folks |
|  | PTX 1529 |  | 5/2 | Yes | Yes | Study I, Study II and Study III Slides (Rectal, Vaginal) | Dr. Folks |
|  | PTX 1537 |  | 5/8 | Yes | Yes | Article: Promote HIV Chemoprophylaxis Research, Don't Prevent It Grant, et al. | Dr. Grant |
|  | PTX 1668 |  | 5/4 | Yes | Yes | Public Health Service: Patent License Non-Exclusive CDC and Sandoz Pty Ltd. (June 2021) | Dr. Mitzelfelt |
|  | PTX 2075 |  | 5/4 | Yes | Yes | Non-exclusive Patent License Agreement between CDC and TAD Pharma GmbH, 10/4/2018 | Dr. Mitzelfelt |
|  | PTX 2085 |  | 5/4 | Yes | Yes | Non-Exclusive Patent License Agreement between CDC and Lupin Ltd., 4/12/2022 | Dr. Mitzelfelt |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
| | PTX 2547 | | 5/8 | Yes | Yes | DeForest McDuff CV | Dr. McDuff |
| | PTX 2660 | | 5/3 | Yes | Yes | Document cited in Goldkind Rebuttal Expert Report | Dr. Birnkrant |
| | PTX 2698 | | 5/3 | Yes | Yes | U.S. Department of Health and Human Services, U.S. Food & Drug Administration, What We Do, FDA Mission, https://www.fda.gov/about-fda/what-we-do#mission (last visited May 15, 2022) | Dr. Birnkrant |
| | PTX 2735 | | 5/5 | Yes | Yes | Desrosiers & Ringler, "Use of simian immunodeficiency viruses for AIDS research," Intervirology, 30:301-312 | Dr. Johnson |
| | PTX 2737 | | 5/5 | Yes | Yes | Gardner et al., "Simian immunodeficiency viruses and their relationship to the human immunodeficiency viruses," AIDS, 2(suppl 1):S3-S10 (1988) | Dr. Johnson |
| | PTX 2738 | | 5/5 | Yes | Yes | Gardner, "Simian AIDS: an historical perspective," Journal of Medicinal Primatology, 32:180-86 (2003) | Dr. Johnson |
| | PTX 2745 | | 5/5 | Yes | Yes | Van Rompay, "Antiretroviral drug studies in nonhuman primates: a valid animal model for innovative drug efficacy and pathogenesis experiments," AIDS Reviews, 7:67-83 | Dr. Johnson |
| | PTX 2759 | | 5/3 | Yes | Yes | Document cited in Marcus Reply Report | Dr. Birnkrant |
| | PTX 2766 | | 5/5 | Yes | Yes | Stephenson et al. published a report entitled "Accuracy in self-report of viral suppression among HIV-positive men with HIV negative male partners" in the Journal of Acquired Immune Deficiency Syndromes, 83:210-214 (2020) | Dr. Marcus |
| | PTX 2776 | | 5/5 | Yes | Yes | Chandra (and Marcus) et al., "Gaps in sexually transmitted infection screening among men who have sex with men in pre-exposure prophylaxis (PrEP) care in the United States," Clinical Infectious Diseases, 73:e2261-9 (2021) | Dr. Marcus |
| | PTX 2785 | | 5/4 | Yes | Yes | (2017 advertisement) | Dr. Murphy |
| | PTX 2788 | | 5/4 | Yes | Yes | ("Advancing access" brochure) | Dr. Murphy |
| | PTX 2807 | | 5/4 | Yes | Yes | www.truvada.com/what-istruvada/understanding-truvada | Dr. Murphy |
| | PTX 2811 | | 5/4 | Yes | Yes | www.descovy.com | Dr. Murphy |
| | PTX 2831 | | 5/4 | Yes | Yes | Document cited in Murphy Expert Report | Dr. Murphy |
| | PTX 2832 | | 5/4 | Yes | Yes | Document cited in Murphy Expert Report | Dr. Murphy |
| | PTX 2845 | | 5/4 | Yes | Yes | https://www.youtube.com/watch?v=6GEOB9aplh0 (Truvada for PrEP commercial on YouTube) | Dr. Murphy |
| | PTX 2968 | | 5/8 | Yes | Yes | First four pages of Marilyn Chase, "Trials Will Test Whether AIDS Drug Can Also Prevent HIV," Wall St. J., Dec. 4, 2003 | Dr. Grant |
| | PTX 2997 | | 5/8 | Yes | Yes | Greg Szekeres et al., Center for HIV Identification, Prevention, and Treatment Services (CHIPTS), Anticipating the Efficacy of HIV Pre-Exposure Prophylaxis (PrEP) and the Needs of At-Risk Californians (2004). | Dr. Grant |
| | PTX 3002 | | 5/8 | Yes | Yes | Le Grand et al., "Post-exposure prophylaxis with highly active antiretroviral therapy could not protect macaques from infection with SIV/HIV chimera," | Dr. Grant |
| | PTX 3051 | | 5/3 | Yes | Yes | Excerpt of Certificate, Declaration, and REMS Assessment—Period Covered: 16 July 2012 to 15 May 2013 | Dr. Birnkrant |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
|  | PTX 3053 |  | 5/3 | Yes | Yes | Excerpt of Certificate, Declaration, and REMS Assessment—Period Covered: 16 November 2014 to 15 May 2016 | Dr. Birnkrant |
|  | PTX 3054 |  | 5/3 | Yes | Yes | Excerpt of Certificate, Declaration, and REMS Assessment—Period Covered: 16 May 2016 to 15 November 2017 | Dr. Birnkrant |
|  | PTX 3055 |  | 5/3 | Yes | Yes | Excerpt of Certificate, Declaration, and REMS Assessment—Period Covered: 16 November 2017 to 09 July 2018 | Dr. Birnkrant |
|  | PTX 3064 |  | 5/8 | Yes | Yes | Cohen, "Prevention Cocktails: Combining Tools to Stop HIV's Spread," Science 309:1002-05, 2005 (Gilead IPR Exhibit 1096) | Dr. Grant |
|  | PTX 3082 |  | 5/8 | Yes | Yes | Clinical Studies and Outside Services Relative to Product Sales | Dr. McDuff |
|  | PTX 3083 |  | 5/8 | Yes | Yes | PrEP Revenue by Patent Date and Quarter | Dr. McDuff |
|  | PTX 3084 |  | 5/8 | Yes | Yes | Truvada PrEP Incremental Income | Dr. McDuff |
|  | PTX 3085 |  | 5/8 | Yes | Yes | Descovy PrEP Incremental Income | Dr. McDuff |
|  | PTX 3087 |  | 5/4 | Yes | Yes | Gilead spreadsheet of Truvada scripts/users | Dr. Murphy |
|  |  | DTX 43 | 5/5 | Yes | Yes | Sanitary Commission Report No. 31, (1861) | Dr. Flexner |
|  |  | DTX 46 | 5/2 | Yes | Yes | Email from A. Greenberg to S. Subbarao et al. Re oral TDF study in infant macaques | Dr. Folks |
|  |  | DTX 107 | 5/3 | Yes | Yes | Letter from D. Brinkrant to M. Kraus regarding "your new drug application (NDA 21-752" | Dr. Birnkrant |
|  |  | DTX 111 | 5/3 | Yes | Yes | Email from V. Tyson to D. Katz; FW: IND 10930-Pre-NDA Meeting Request | Dr. Birnkrant |
|  |  | DTX 113 | 5/3 | Yes | Yes | Letter from D. Birnkrant to D. Wambach regarding Meeting Minutes attaching FDA Meeting Minutes | Dr. Birnkrant |
|  |  | DTX 126 | 5/4 | Yes | Yes | Hamilton and Chase, Late Onset: Despite Hope, Decade of Delay Afflicts Drug to Prevent AIDS; Company's Caution, Protests Have Slowed Trials of Pill But Pace Is Picking Up; A Drenching With Fake Blood | Dr. Conant |
|  |  | DTX 155 | 5/5 | Yes | Yes | Tenofovir/Truvada Prevention study teleconference minutes | Dr. Page |
|  |  | DTX 161 | 5/3 | Yes | Yes | Chemoprophylaxis for HIV Prevention in Peruvian Men, NIH Application | Dr. Grant |
|  |  | DTX 169 | 5/3 | Yes | Yes | Email chain from Jim Rooney to Walid Heneine and others re: CROI - PrEP discussion | Dr. Heneine |
|  |  | DTX 182 | 5/3 | Yes | Yes | Email from H. Jaffe to J. Rooney, M. Miller, M. Poblenz; FW: Truvada concept | Dr. Grant |
|  |  | DTX 184 | 5/5 | Yes | Yes | Mary Fanning Notebook | Dr. Fanning |
|  |  | DTX 186 | 5/5 | Yes | Yes | Email re: TDF Consultation Report | Dr. Fanning |
|  |  | DTX 241 | 5/3 | Yes | Yes | Excerpt of Transcript, FDA Center for Drug Evaluation and Research, Antiviral Drugs Advisory Committee, May 10, 2012 | Dr. Birnkrant |
|  |  | DTX 243 | 5/8 | Yes | Yes | Grant, Tenofovir Update Implications for Prevention Powerpoint | Dr. Grant |
|  |  | DTX 247 | 5/8 | Yes | Yes | Coates, "New Tests Raise Hopes for HIV-Prevention Pill," Atlanta Constitution | Dr. Flexner |
|  |  | DTX 277 | 5/5 | Yes | Yes | Julia Marcus Tweet | Dr. Marcus |
|  |  | DTX 278 | 5/5 | Yes | Yes | Julia Marcus Tweet | Dr. Marcus |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
| | | DTX 281 | 5/5 | Yes | Yes | Marcus and Snowden, "Words Matter: Putting an End to "Unsafe" and "Risky" Sex" | Dr. Marcus |
| | | DTX 292 | 5/8 | Yes | Yes | Grant & Wainberg, Chemoprophylaxis of HIV Infection: Moving Forward with Caution | Dr. Grant |
| | | DTX 354 | 5/2 | Yes | Yes | Email RE Gilead/CDC | Dr. Mermin |
| | | DTX 371 | 5/3 | Yes | Yes | Email FW: FTC for CDC PrEP macaque arm | Dr. Heneine |
| | | DTX 384 | 5/2 | Yes | Yes | FDA Meeting Minutes | Dr. Mermin |
| | | DTX 395 | 5/5 | Yes | Yes | Email Re: Centers for Disease Control NIH Office of Tech Transfer - HIV Technology Licensing Inquiry | Dr. Rooney |
| | | DTX 399 | 5/5 | Yes | Yes | Email from D. Smith Re: for your review and comments with attachment (Dec. 5, 2003) | Dr. Smith |
| | | DTX 408 | 5/3 | Yes | Yes | "Pre-Exposure Prophylaxis for The Prevention of HIV Infection in the United States -2014," HHS and CDC, https://www.sfdph.org/dph/files/newsMediadocs/2014PR/PrEPguidelines2014.pdf | Dr. Heneine |
| | | DTX 412 | 5/5 | Yes | Yes | Summary Report from Expert Consultation on the Implications of Tenofovir As HIV Chemoprophylaxis | Dr. Fanning |
| | | DTX 439 | 5/3 | Yes | Yes | Grant presentation, "The Andean PrEP Study: Safety, Efficacy, Behavior, and Biology" | Dr. Grant |
| | | DTX 455 | 5/5 | Yes | Yes | Farer, "Chemoprophylaxis", 125 Am. Rev. Respiratory Disease 102 | Dr. Flexner |
| | | DTX 470 | 5/5 | Yes | Yes | Smith, "Pre-Exposure Chemoprophylaxis for HIV: It is Time", 1 Retrovirology 16 | Dr. Flexner |
| | | DTX 509 | 5/4 | Yes | Yes | Johnson, "New Survey Says AIDS Drugs Not Being Abused" by Steve Johnson, The San Jose Mercury News | Dr. Conant |
| | | DTX 510 | 5/4 | Yes | Yes | Johnson, "Survey: AIDS Drugs Not Being Abused", The Bay Area | Dr. Conant |
| | | DTX 587 | 5/5 | Yes | Yes | Email RE: We can do July 24th 2:30PM-3:00PM with Fauci | Dr. Rooney |
| | | DTX 764 | 5/5 | Yes | Yes | C.V. of Chalres Williams Flexner (Exhibit 1) | Dr. Flexner |
| | | DTX 974 | 5/3 | Yes | Yes | Decisional review for NDA 21752/S-30 | Dr. Birnkrant |
| | | DTX 996 | 5/4 | Yes | Yes | License Summary spreadsheet | Dr. Mitzelfelt |
| | X | | 5/2 | | | Testimony of Dr. Jonathan Mermin | |
| | X | | 5/2 | | | Testimony of Dr. Thomas Folks | |
| | X | | 5/2 | | | Video deposition of Dr. Norbert W. Bischofberger | |
| | X | | 5/2 | | | Deposition reading of Sonia Tong | |
| | X | | 5/3 | | | Testimony of Dr. Walid Heneine | |
| | X | | 5/3 | | | Video deposition of Jennifer Luetgens | |
| | X | | 5/3 | | | Testimony of Dr. Robert Grant | |
| | X | | 5/3 | | | Testimony of Dr. Debra Birnkrant | |
| | X | | 5/3 | | | Deposition reading of Melissa Koomey | |
| | X | | 5/3 | | | Deposition reading of Dr. William Lee | |
| | X | | 5/4 | | | Expert testimony of Dr. Robert L. Murphy | |
| | X | | 5/4 | | | Deposition reading of Declan Hickey | |
| | X | | 5/4 | | | Testimony of Dr. Tara Kirby | |
| | X | | 5/4 | | | Testimony of Dr. Jeremiah Mitzelfelt | |
| | | X | 5/4 | | | Testimony of Gregg Alton | |
| | | X | 5/4 | | | Video deposition of Dr. Linda Lewis | |
| | | X | 5/4 | | | Testimony of Dr. Marcus Conant | |
| | | X | 5/4 | | | Testimony of Melissa Koomey | |
| | | X | 5/5 | | | Testimony of Dr. James Rooney | |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
|  |  | X | 5/5 |  |  | Video deposition of Carl Dieffenbach |  |
|  |  | X | 5/5 |  |  | Video deposition of Dr. Dawn Smith |  |
|  |  | X | 5/5 |  |  | Video deposition of Dr. Mary Fanning |  |
|  |  | X | 5/5 |  |  | Video deposition of Dr. Lynn Paxton |  |
|  |  | X | 5/5 |  |  | Testimony of Dr. Kimberly Page |  |
|  |  | X | 5/5 |  |  | Video deposition of Dr. Thomas Coates |  |
|  | X |  | 5/5 |  |  | Expert testimony of Dr. Charles Flexner |  |
|  | X |  | 5/5 |  |  | Expert testimony of Dr. Julia Marcus |  |
|  | X |  | 5/5 |  |  | Expert testimony of Dr. Paul Johnson |  |
|  | X |  | 5/8 |  |  | Expert testimony of Dr. Dhiren Thakker |  |
|  | X |  | 5/8 |  |  | Expert testimony of Dr. Robert Grant |  |
|  | X |  | 5/8 |  |  | Expert testimony of Dr. DeForest McDuff |  |
|  |  | X | 5/8 |  |  | Expert testimony of Dr. Charles Flexner |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |