IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>*Plaintiff & Counterclaim-Defendant*,<br><br>v.<br><br>GILEAD SCIENCES, INC.,<br><br>*Defendant & Counterclaim Plaintiff*,<br><br>and GILEAD SCIENCES IRELAND UC,<br><br>*Defendant*. | C.A. No. 19-2103-MN |

## JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order (D.I. 27 at 14), the parties submit this joint status report to address how they believe this case should proceed and to identify the post-trial motions and issues on which any party intends to seek relief.

This case was tried to a jury from May 2-9, 2023. On May 9, the jury returned a verdict in favor of Defendants Gilead Sciences, Inc. and Gilead Sciences Ireland UC (collectively, Gilead), and against Plaintiff, the United States (the Government). The Court entered judgment on the jury's verdict on May 15, 2023. D.I. 471.

With respect to the post-trial motions and issues on which any party intends to seek relief, the parties submit below their proposed schedules for briefing the motions and issues.

**The Government:**

Without waiver of any form of relief the Government may be entitled to seek, the Government intends to file a renewed motion for judgment as a matter of law under Federal Rule of Civil Procedure 50(b) and/or for a new trial under Rule 59, on the issues of direct

infringement, anticipation, obviousness, and enablement. The Government's motion for a new trial under Rule 59 will also include the issues of induced infringement, damages, the Court's exclusion of evidence from the jury trial regarding Gilead's four *inter partes* petitions, and the Court's failure to exclude from the jury trial evidence related to the material transfer agreements and their intellectual property provisions.

The Government proposes the following schedule and page limits for all post-trial motions by the Government:

- Any post-trial motion by the Government and its opening brief shall be filed no later than 28 days after the Court's entry of judgment on the jury's verdict;

- Any answering brief by Gilead in opposition shall be filed no later than 28 days after the post-trial motion is filed; and

- Any reply brief in support of a post-trial motion by the Government shall be filed no later than 14 days after the answering brief in opposition is filed.

- The Government shall have a total of 30 pages for its opening brief(s) on its post-trial motions. Gilead shall have a total of 30 pages for its opposition brief(s) responding to the Government's post-trial motions. The Government shall have a total of 15 pages for its reply brief(s) on its post-trial motions.

**<u>Gilead:</u>**

Gilead does not intend to pursue any further relief beyond denial of the government's Rule 50 and Rule 59 motions. Gilead believes that the page limits in the Scheduling Order (i.e., 20 pages for all motions, D.I. 27, ¶ 21) and the schedule in Local Rule 7.1.2(b) (i.e., responses due within 14 days and replies 7 days later) are appropriate. However, to the extent the Court is willing to consider the enlarged page limits and extended schedule in the government's proposal, Gilead does not oppose it.

| | |
|---|---|
| Dated: May 16, 2023 | Respectfully submitted, |
| /s/*Walter W. Brown* | /s/*Frederick L. Cottrell, III* |
| DAVID C. WEISS<br>United States Attorney | Frederick L. Cottrell, III (#2555)<br>Kelly E. Farnan (#4395)<br>Alexandra M. Ewing (#6407) |
| SHAMOOR ANIS<br>Assistant United States Attorney<br>1313 N. Market Street<br>P.O. Box 2046<br>Wilmington, DE 19899-2046<br>Tel: (302) 573-6277<br>Fax: (302) 573-6220<br>*Shamoor.anis@usdoj.gov* | RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Tel: (302) 651-7700<br>cottrell@rlf.com<br>farnan@rlf.com<br>ewing@rlf.com |
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General | David B. Bassett<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| GARY L. HAUSKEN<br>Director | 7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 |
| WALTER W. BROWN<br>Senior Litigation Counsel | Tel: (212) 230-8800 |
| PHILIP CHARLES STERNHELL<br>Assistant Director<br>CARRIE E. ROSATO<br>PATRICK C. HOLVEY<br>MATTHEW D. TANNER<br>LUCY GRACE D. NOYOLA<br>Trial Attorneys<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>Washington, D.C. 20530<br>Tel: (202) 307-0341<br>Fax: (202) 307-0345 | Vinita C. Ferrera<br>Emily R. Whelan<br>Mark C. Fleming<br>George P. Varghese<br>Timothy A. Cook<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000 |
| Of Counsel:<br>LENA YUEH<br>Special Counsel<br>Department of Justice | Ronald C. Machen<br>Charles T. Cox Jr.<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Tel: (202) 663-6000 |
| *Counsel for Plaintiff United States* | *Counsel for Defendants Gilead Sciences, Inc. and Gilead Sciences Ireland UC and Counterclaim Plaintiff Gilead Sciences, Inc.* |