## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| v. | ) |
| GILEAD SCIENCES, INC., | ) C.A. No. 19-2103 (MN) |
| Defendant/Counterclaim Plaintiff, | ) |
| and GILEAD SCIENCES IRELAND UC, | ) |
| Defendant. | ) |

## JOINT EXHIBIT & WITNESS LIST [LOCAL VERSION]

| PRESIDING JUDGE<br>Judge Maryellen Noreika | PLAINTIFF'S COUNSEL<br>U.S. Attorney's Office, District of Delaware (Shamoor Anis)/U.S. Department of Justice (Walter W. Brown) | REPORTER<br>Dale Hawkins |
|---|---|---|
| DATES OF BENCH TRIAL<br>5/4/23, 5/8/23, & 5/9/23 | DEFENDANT'S COUNSEL<br>Richards, Layton & Finger, P.A. (Frederick L. Cottrell, III)/Wilmer Cutler Pickering Hale and Dorr LLP (David B. Bassett) | COURTROOM DEPUTY<br>Mark Buckson |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
| JTX 1 | | | 5/9 | Yes | Yes | U.S. Patent No. 9,044,509 | Dr. Siegal |
| JTX 5 | | | 5/8 | Yes | Yes | File History for U.S. Patent No. 9,044,509: Application No. 11/669,547 | Dr. Flexner |
| JTX 6 | | | 5/8 | Yes | Yes | File History for U.S. Patent No. 9,579,333: Application No. 14/679,887 | Dr. Flexner |
| JTX 7 | | | 5/8 | Yes | Yes | File History for U.S. Patent No. 9,937,191: Application No. 15/406,344 | Dr. Flexner |
| JTX 8 | | | 5/8 | Yes | Yes | File History for U.S. Patent No. 10,333,423: Application No. 15/913,750 | Dr. Flexner |
| JTX 30 | | | 5/8 | Yes | Yes | Excerpt of File History for U.S. Patent No. 9,044,509: Disclaimer in Patent Under 37 CFR 1.321(a) | Dr. Flexner |
| JTX 35 | | | 5/8 | Yes | Yes | Excerpt of File History for U.S. Patent No. 9,579,333: Disclaimer in Patent Under 37 CFR 1.321(a) | Dr. Flexner |
| JTX 71 | | | 5/9 | Yes | Yes | Email Walid Heneine to Jim Rooney re: TDF-MTA amendment CDC-monkey study | Dr. Heinene |
| JTX 82 | | | 5/8 | Yes | Yes | Letter to Norbert Bischofberger from Robert Janssen | Dr. Janssen |
| JTX 86 | | | 5/8 | Yes | Yes | E-mail from W. Heneine to R. Janssen Re: PrEP patent | Dr. Janssen |
| JTX 89 | | | 5/4 | Yes | Yes | Thigpen et al., "Antiretroviral Preexposure Prophylaxis for Heterosexual HIV Transmission in Botswana," 367 New Eng. J. Med. 423 (2012) | Paxton |
| JTX 90 | | | 5/4 | Yes | Yes | CAR - Summary | Alton |
| JTX 101 | | | 5/9 | Yes | Yes | Email RE: MTA Amendment | Dr. Heneine |
| JTX 102 | | | 5/4 | Yes | Yes | MMWR; Interim Guidance for Clinician's Considering the Use of Preexposure Prophylaxis for the Prevention of HIV Infection in Heterosexually Active Adults (2012) | Alton |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
| JTX 130 | | | 5/4 | Yes | Yes | Email thread between Lisa Blake-DiSpigna and Adela Enochs-Ochoa re: Proposed MTA between CDC and Gilead Sciences | Enochs-Ochoa |
| JTX 131 | | | 5/4 | Yes | Yes | Patent Assignment 60/764811 | Enochs-Ochoa |
| | PTX 37 | | 5/4 | Yes | Yes | Gilead Q1 2011 U.S. Commercial Related Q&A | Shope |
| | PTX 193 | | 5/9 | Yes | Yes | Clinical Trial Agreement, between CDC and Gilead, August 6, 2004 | Hitchcock |
| | PTX 500 | | 5/9 | Yes | Yes | Material Transfer Agreement Process (October 8, 2008) | Vazquez |
| | PTX 502 | | 5/9 | Yes | Yes | Clinical Trials Agreement Botswana TDF study, Exhibit 13 to First Amended Complaint CFC | Hitchcock |
| | PTX 578 | | 5/9 | Yes | Yes | Email thread between Lorie Ann Morgan and Tara Kirby (April 2017) | Dr. Kirby |
| | PTX 882 | | 5/9 | Yes | Yes | Email from Heneine to Rooney with CROI slide presentation | Dr. Heneine |
| | PTX 900 | | 5/4 | Yes | Yes | 2006 CDC Technology Brochure | Shope |
| | PTX 901 | | 5/4 | Yes | Yes | 2008 CDC Technology Brochure | Shope |
| | PTX 902 | | 5/4 | Yes | Yes | 2009 CDC Technology Brochure | Shope |
| | PTX 1027 | | 5/9 | Yes | Yes | 4-25-09 e-mail string "Mick need input: Publications and MTAs" | Vazquez |
| | PTX 1028 | | 5/9 | Yes | Yes | Gilead spreadsheet tracking 2007-2008 publications related to MTAs | Vazquez |
| | PTX 1040 | | 5/9 | Yes | Yes | Decision Denying Inter Partes Review, IPR2019-01453, Patent No. 9,044,509, February 20, 2020. | Dr. Flexner |
| | PTX 1041 | | 5/9 | Yes | Yes | Decision Denying Inter Partes Review, IPR2019-01454, Patent No. 9,579,333, February 20, 2020. | Dr. Flexner |
| | PTX 1042 | | 5/9 | Yes | Yes | Decision Denying Inter Partes Review, IPR2019-01455, Patent No. 9,937,191, February 5, 2020. | Dr. Kirby |
| | PTX 1043 | | 5/9 | Yes | Yes | Decision Denying Inter Partes Review, IPR2019-01456, Patent No. 10,335,423, February 5, 2020. | Dr. Kirby |
| | PTX 1044 | | 5/9 | Yes | Yes | Petition for Inter Partes Review, IPR2019-01453, Patent No. 9,044,509 | Dr. Kirby |
| | PTX 1045 | | 5/9 | Yes | Yes | Petition for Inter Partes Review, IPR2019-01454, Patent No. 9,579,333 | Dr. Kirby |
| | PTX 1046 | | 5/9 | Yes | Yes | Petition for Inter Partes Review, IPR2019-01455, Patent No. 9,937,191 | Dr. Kirby |
| | PTX 1047 | | 5/9 | Yes | Yes | Petition for Inter Partes Review, IPR2019-01456, Patent No. 10,335,423 | Dr. Kirby |
| | PTX 1116 | | 5/9 | Yes | Yes | April 2008 email from Heneine to Bill Lee containing Heneine resume listing '811 Provisional (Plaintiff's Second Supplemental Objections and Responses to Defendants' First Set of Interrogatories (Nos. 3, 4, 8, 9, and 11), Case No. 1:19-cv-02103-MN, 05/21/2021, Exhibit 5) | Dr. Heneine |
| | PTX 1210 | | 5/9 | Yes | Yes | March 2007 email from Heneine to Rooney containing draft of 2008 PLOS Article | Dr. Heneine |
| | PTX 1211 | | 5/9 | Yes | Yes | Draft of 2008 PLOS Article attached in email sent by Heneine to Rooney | Dr. Heneine |
| | PTX 1258 | | 5/9 | Yes | Yes | J. Gerardo García-Lerma et al., Intermittent Prophylaxis with Oral Truvada Protects Macaques from Rectal SHIV Infection, 2 SCI. TRANSLATIONAL MED. (14ra4) 1 (2010), DE COMPLAINT EX 34. | Dr. Heneine |
| | PTX 1342 | | 5/9 | Yes | Yes | Approval Package of Gilead's SNDA for Truvada for PrEP | Dr. Heneine |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
| | | DTX 86 | 5/4 | Yes | Yes | Excerpt of File History for U.S. Patent Application No. 17/170,535: Information Disclosure Statement by Applicant | Dr. Janssen |
| | | DTX 187 | 5/8 | Yes | Yes | Email re: Draft PrEP Position Paper | Dr. Feigal |
| | | DTX 222 | 5/8 | Yes | Yes | Gilead Sciences Regulatory Meeting Minutes | Dr. Feigal |
| | | DTX 256 | 5/9 | Yes | Yes | Email from Johnetta Holcombe to Walid Heneine re: Inventory Royalty Payments | Dr. Heneine |
| | | DTX 264 | 5/9 | Yes | Yes | Email from W. Heneine to J. Rooney Re: MTA Amendment | Dr. Heneine |
| | | DTX 323 | 5/9 | Yes | Yes | Email RE Patent Filing | Dr. Kirby |
| | | DTX 327 | 5/9 | Yes | Yes | Letter from L.A. Morgan to T. Kirby Re: Follow up meeting | Dr. Kirby |
| | | DTX 416 | 5/4 | Yes | Yes | MMWR; Interim Guidance: Preexposure Prophylaxis for the Prevention of HIV Infection in Men Who Have Sex with Men (Jan. 2011) | Alton |
| | | DTX 654 | 5/4 | Yes | Yes | Email from A. Enochs-Ochoa to S. Subbarao Re: Dr. Otten's MTA | Enochs-Ochoa |
| | | DTX 949 | 5/4 | Yes | Yes | Clinical Trial Agreement between CDC and Gilead Sciences Inc. (Extended Safety Study) | Alton |
| | | DTX 950 | 5/4 | Yes | Yes | Clinical Trial Agreement between CDC and Gilead Sciences Inc. (Botswana TDF1) | Alton |
| | | DTX 970 | 5/4 | Yes | Yes | Email thread between Marta Ackers and Greg Krug re: CTA for US TDF Study with CDC | Miller |
| | | DTX 973 | 5/8 | Yes | Yes | Gilead Sciences Regulatory Meeting Minutes | Dr. Feigal |
| | | DTX 983 | 5/5 | Yes | Yes | Email RE: invitation to ADARC | Garcia-Lerma |
| | | DTX 984 | 5/5 | Yes | Yes | Email FW: Application-short term rotation in OADS | Garcia-Lerma |
| | | DTX 985 | 5/5 | Yes | Yes | Email RE: Position at Gilead | Garcia-Lerma |
| | X | | 5/4 | | | Testimony of Suzanne Shope | |
| | | X | 5/4 | | | Testimony of Gregg Alton | |
| | | X | 5/4 | | | Deposition reading of Madeline Miller | |
| | | X | 5/4 | | | Deposition reading of Dr. Lynn Paxton | |
| | | X | 5/4 | | | Deposition reading of Adela Enochs-Ochoa | |
| | | X | 5/5 | | | Video deposition of Juliana Cyril | |
| | | X | 5/5 | | | Video deposition of Jose Gerardo Garcia-Lerma | |
| | | X | 5/8 | | | Expert testimony of Dr. David Feigal | |
| | X | | 5/8 | | | Testimony of Dr. Robert Janssen | |
| | | X | 5/8 & 5/9 | | | Expert testimony of Dr. Charles Flexner | |
| | | X | 5/9 | | | Testimony reading of Dr. Siegal | |
| | X | | 5/9 | | | Testimony of Dr. Walid Heneine | |
| | | X | 5/9 | | | Testimony of Dr. Tara Kirby | |