UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>    *Plaintiff–Counterclaim Defendant*,<br><br>v.<br><br>GILEAD SCIENCES, INC.,<br>    *Defendant–Counterclaim Plaintiff,*<br><br>AND GILEAD SCIENCES IRELAND UC,<br>    *Defendant.* | Civil No. 1:19-cv-02103-MN |

## JOINT STATEMENT REGARDING MEDIATION

Pursuant to the Court's May 15, 2023 Oral Order (D.I. 472), Plaintiff United States of America and Defendants Gilead Sciences, Inc. and Gilead Sciences Ireland UC (collectively "Gilead") submit the following joint statement regarding the parties' mediation efforts.

On June 2, 2023, the parties engaged in a full-day, in-person, mediation with the assistance of the Honorable Jose L. Linares. The United States was represented by lead counsel Walter W. Brown and accompanied by Michael Granston, Deputy Assistant Attorney General for the Commercial Litigation Branch; Gary L. Hausken, Director, Intellectual Property Section; Philip Sternhell, Assistant Director, Intellectual Property Section—all from the Department of Justice (DOJ).[1] The United States was also represented by Lena Yueh, special counsel to the DOJ from the Department of Health and Human Services. Gilead was represented by lead counsel David B. Bassett and Ronald C. Machen and accompanied by Andrea Hutchison, Vice President for Intellectual Property Litigation, and Andrew Kessel, Senior Counsel for Intellectual Property

---

[1] Mr. Hausken holds delegated settlement authority pursuant to 28 C.F.R. Part 0, Subpart Y.

Litigation, from Gilead Sciences, Inc. The undersigned certify that the parties and counsel engaged in the mediation efforts in good faith.

While the parties have not set another date for further mediation efforts, the parties anticipate continuing the services of Judge Linares and engaging in ongoing discussions.

Dated: June 5, 2023

| | |
|---|---|
| */s/ Walter W. Brown* | */s/ David B. Bassett* |
| (permission received via electronic mail) | |
| | Frederick L. Cottrell, III (#2555) |
| DAVID C. WEISS | Kelly E. Farnan (#4395) |
| United States Attorney | Alexandra M. Ewing (#6407) |
| | RICHARDS, LAYTON & FINGER, P.A. |
| SHAMOOR ANIS | One Rodney Square |
| Assistant United States Attorney | 920 North King Street |
| 1313 N. Market Street | Wilmington, DE 19801 |
| P.O. Box 2046 | Tel: (302) 651-7700 |
| Wilmington, DE 19899-2046 | cottrell@rlf.com |
| Tel: (302) 573-6277 | farnan@rlf.com |
| Fax: (302) 573-6220 | ewing@rlf.com |
| *Laura.hatcher@usdoj.gov* | |
| *Shamoor.anis@usdoj.gov* | David B. Bassett |
| | WILMER CUTLER PICKERING |
| BRIAN M. BOYNTON |   HALE AND DORR LLP |
| Principal Deputy Assistant Attorney General | 7 World Trade Center |
| | 250 Greenwich Street |
| GARY L. HAUSKEN | New York, NY 10007 |
| Director | Tel: (212) 230-8800 |
| | |
| WALTER W. BROWN | Vinita C. Ferrera |
| Senior Litigation Counsel | Emily R. Whelan |
| PHILIP CHARLES STERNHELL | Mark C. Fleming |
| Assistant Director | George P. Varghese |
| CARRIE E. ROSATO | Timothy A. Cook |
| PATRICK C. HOLVEY | WILMER CUTLER PICKERING |
| MATTHEW D. TANNER |   HALE AND DORR LLP |
| LUCY GRACE D. NOYOLA | 60 State Street |
| Trial Attorneys | Boston, MA 02109 |
| Commercial Litigation Branch | Tel: (617) 526-6000 |
| Civil Division | |
| U.S. Department of Justice | Ronald C. Machen |
| Washington, D.C. 20530 | Charles T. Cox Jr. |
| Tel: (202) 307-0341 | WILMER CUTLER PICKERING |
| Fax: (202) 307-0345 |   HALE AND DORR LLP |
| | 2100 Pennsylvania Avenue NW |
| Of Counsel: | Washington, DC 20037 |
| LENA YUEH | Tel: (202) 663-6000 |
| Special Counsel | |
| Department of Justice | *Counsel for Defendants Gilead Sciences, Inc. and Gilead Sciences Ireland UC and Counterclaim Plaintiff Gilead Sciences, Inc.* |
| *Counsel for Plaintiff United States* | |