

|  |  |
|---|---|
| | **U.S. Department of Justice** |
| | Civil Division |
| PCH | Telephone: (202) 532-4135 |
| 27-11267 | Facsimile:  (202) 307-0345 |
| | *Washington, DC 20530* |

July 19, 2023

**VIA CM/ECF and Hand Delivery**

The Honorable Maryellen Noreika
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:    *United States v. Gilead Sciences, Inc. et al.*,
              **D. Del. (Civil No. 1:19-cv-02103-MN)**

Dear Judge Noreika:

      Pursuant to and following the Court's Orders as expressed during the April 4, 2023, hearing on redactions, both the Government and Gilead have worked to address all previously sealed or redacted documents on the docket as instructed.  In finishing the process, five partially redacted docket entries consisting of twelve files have been identified by the parties as requiring replacement on the docket to accord with the Court's orders.  The Government is transmitting, *via* flash drive to your Chambers, the files for replacement on the docket at the Court's convenience.

      Very truly yours,

      */s/Patrick C. Holvey*

      Patrick C. Holvey
      Trial Attorney