# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>      Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>GILEAD SCIENCES, INC.,<br><br>      Defendant-Counterclaim Plaintiff,<br><br>and<br><br>GILEAD SCIENCES, UC,<br><br>      Defendant. | Civil No. 1:19-cv-02103-MN |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to D. Del. LR 83.7, the appearance of Patrick C. Holvey as counsel for Plaintiff the United States of America in the above-captioned matter is hereby withdrawn. The United States Department of Justice and the U.S. Attorney's Office for the District of Delaware shall continue as counsel of record for the United States in the above-captioned action.

Dated: September 8, 2023

Respectfully submitted,

MICHAEL GRANSTON
Deputy Assistant Attorney General

SCOTT D. BOLDEN
Acting Director

*Of Counsel:*
PHILIP CHARLES STERNHELL
CARRIE E. ROSATO
MATTHEW D. TANNER
LUCY GRACE D. NOYOLA
SOSUN BAE
Department of Justice


LENA YUEH
Special Attorney
Department of Justice

 /s/ Walter W. Brown
WALTER W. BROWN
Senior Litigation Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C.  20530
Telephone:  (202) 307-0341
Facsimile:  (202) 307-0345
Email:  walter.brown2@usdoj.gov


DAVID C. WEISS
United States Attorney

SHAMOOR ANIS
Assistant United States Attorney
1313 N. Market Street
P.O. Box 2046
Wilmington, Delaware 19899-2046
Telephone 302-573-6277
Facsimile 302-573-6220
Shamoor.anis@usdoj.gov

*Attorneys for Plaintiff United States*

**CERTIFICATE OF SERVICE**

I, Walter W. Brown, Esquire, hereby certify that on September 8, 2023, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel).

/s/ Walter W. Brown
WALTER W. BROWN
Senior Litigation Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C.  20530
Telephone:  (202) 307-0341
Facsimile:  (202) 307-0345
Email:  walter.brown2@usdoj.gov
