IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GILEAD SCIENCES, INC., | ) | C.A. No. 19-2103 (MN) |
| | ) | |
| Defendant/Counterclaim Plaintiff, | ) | |
| | ) | |
| and GILEAD SCIENCES IRELAND UC, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

This 22nd day of March 2024, the Court having held a jury trial and the jury having rendered a unanimous verdict on May 9, 2023 (*see* D.I. 468, 469), pursuant to Rule 58(b) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1.      Judgment is entered in favor of Plaintiff and against Defendants as to direct infringement of the asserted claims[1] for both Truvada® for PrEP and Descovy® for PrEP.

2.      Judgment is entered in favor of Defendants and against Plaintiff that all of the asserted claims are invalid on the bases of anticipation and obviousness and that claim 18 of the '423 Patent is also invalid for lack of enablement.

IT IS FURTHER ORDERED that the deadline for any party to move for costs and attorneys' fees (including under 35 U.S.C. § 285) is extended to the later of thirty (30) days after

---

[1]      The asserted claims are claim 13 of U.S. Patent No, 9,579,333, claim 18 of U.S. Patent No. 9,937,191, and claim 18 of U.S. Patent No. 10,335,423 ("the '423 Patent").

the time for appeal has expired or thirty (30) days after issuance of the mandate from the appellate court, and no party shall file any such motion before that time.

_____
The Honorable Maryellen Noreika
United States District Judge