# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 19-2103 (MN) |
| GILEAD SCIENCES, INC., | ) |
| | ) |
| Defendant/Counterclaim Plaintiff, | ) |
| | ) |
| and GILEAD SCIENCES IRELAND UC, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] AMENDED FINAL JUDGMENT**

This ___ day of April 2024, the Court having granted Defendants' motion to alter or amend the judgment issued on March 22, 2024, D.I. 498, IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of Plaintiff and against Defendants that individuals not party to this litigation directly infringed the asserted claims[1] for Truvada® for PrEP and claim 18 of the '423 Patent for Descovy® for PrEP. Accordingly, the jury's verdict of no direct infringement is set aside.

2. Judgment is entered in favor of Defendants and against Plaintiff that all of the asserted claims are invalid on the bases of anticipation and obviousness and that claim 18 of the '423 Patent is also invalid for lack of enablement.

IT IS FURTHER ORDERED that the deadline for any party to move for costs and attorneys' fees (including under 35 U.S.C. § 285) is extended to the later of thirty (30) days after

---

[1] The asserted claims are claim 13 of U.S. Patent No, 9,579,333 ("the '333 Patent"), claim 18 of U.S. Patent No. 9,937,191 ("the '191 Patent"), and claim 18 of U.S. Patent No. 10,335,423 ("the '423 Patent").

1

the time for appeal has expired or thirty (30) days after issuance of the mandate from the appellate court, and no party shall file any such motion before that time.

_____
The Honorable Maryellen Noreika
United States District Judge