IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| GILEAD SCIENCES, INC., | ) C.A. No. 19-2103 (MN) |
| | ) |
| Defendant/Counterclaim Plaintiff, | ) |
| | ) |
| and GILEAD SCIENCES IRELAND UC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

At Wilmington this 9th day of May 2024:

IT IS HEREBY ORDERED that:

1. Defendants' Motion to Amend Judgment Pursuant to Fed. R. Civ. P. 59(e) (D.I. 500) is DENIED. Defendants have not satisfied the standard for granting a Rule 59(e) motion. *See Lazaridis v. Wehmer*, 591 F.3d 666, 669 (3d Cir. 2010).

2. Pursuant to Rule 60(a), a court may *sua sponte* correct an oversight or omission in a judgment. To the extent that the Final Judgment (D.I. 498) omits context and suggests it is inconsistent with this Court's Memorandum Opinion (D.I. 496), the Court will clarify its judgment as to direct infringement. This correction does not affect the substantive rights of the parties and required no "cerebration or research into the law or planetary excursions into facts[.]" *See Pfizer Inc. v. Uprichard*, 422 F.3d 124, 130 (3d Cir. 2005).

An Amended Final Judgment will follow.

                                                         */s/ Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge