IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| GILEAD SCIENCES, INC., | ) C.A. No. 19-2103 (MN) |
| | ) |
| Defendant/Counterclaim Plaintiff, | ) |
| | ) |
| and GILEAD SCIENCES IRELAND UC, | ) |
| | ) |
| Defendant. | ) |

## AMENDED FINAL JUDGMENT

This 9th day of May 2024, the Court having corrected an oversight in the March 22, 2024 Final Judgment (D.I. 498) pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of Plaintiff and against Defendants that one or more patients or physicians (either separately or jointly) directly infringed the asserted claims[1] for Truvada® for PrEP and for Descovy® for PrEP.

2. Judgment is entered in favor of Defendants and against Plaintiff that all of the asserted claims are invalid on the bases of anticipation and obviousness and that claim 18 of the '423 Patent is also invalid for lack of enablement.

IT IS FURTHER ORDERED that the deadline for any party to move for costs and attorneys' fees (including under 35 U.S.C. § 285) is extended to the later of thirty (30) days after

---

[1] The asserted claims for Truvada® are claim 13 of U.S. Patent No, 9,579,333, claim 18 of U.S. Patent No. 9,937,191, and claim 18 of U.S. Patent No. 10,335,423 ("the '423 Patent") The asserted claim for Descovy® is claim 18 of the '423 Patent.

the time for appeal has expired or thirty (30) days after issuance of the mandate from the appellate court, and no party shall file any such motion before that time.

                                                      *Maryellen Noreika*
                                              The Honorable Maryellen Noreika
                                              United States District Judge