# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>    *Plaintiff–Counterclaim Defendant*,<br><br>v.<br><br>GILEAD SCIENCES, INC.,<br>    *Defendant–Counterclaim Plaintiff,*<br><br>AND GILEAD SCIENCES IRELAND UC,<br>    *Defendant*. | C.A. No. 1:19-cv-02103-MN<br><br>Judge Maryellen Noreika |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff and Counterclaim Defendant, the United States of America, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Amended Final Judgment (D.I. 504) entered by this Court on May 9, 2024 and from any and all other orders, decisions, rulings, findings, and conclusions underlying and related to that judgment that are adverse to Plaintiff, including, but not limited to, (1) the April 28, 2023 Order After Pretrial Conference (D.I. 450), (2) the May 8, 2023 Final Jury Instructions (D.I. 464), and (3) the March 22, 2024 Memorandum Opinion (D.I. 496) and associated Order (D.I. 497).

Dated:  July 5, 2024

/s/Shamoor Anis
SHAMOOR ANIS
Assistant United States Attorney
1313 N. Market Street
P.O. Box 2046
Wilmington, Delaware 19899-2046
Tel:     (302) 573-6277
Fax:     (302) 573-6220
*Shamoor.anis@usdoj.gov*


Of Counsel:
LENA YUEH
Special Counsel
U.S. Department of Justice

Respectfully submitted,

DAVID C. WEISS
United States Attorney

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

SCOTT BOLDEN
Director

/s/ Walter W. Brown
WALTER W. BROWN
Senior Litigation Counsel

PHILIP CHARLES STERNHELL
Assistant Director

CARRIE E. ROSATO
MATTHEW D. TANNER
LUCY GRACE D. NOYOLA
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C.  20530
Tel:     (202) 307-0341
Fax:     (202) 307-0345

*Attorneys for Plaintiff United States*