# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) C.A. No. 19-cv-02103-MN |
| GILEAD SCIENCES, INC. and GILEAD SCIENCES IRELAND UC, | ) ) ) ) |
| *Defendants*. | ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff the United States of America and Defendants, Gilead Sciences, Inc. and Gilead Sciences Ireland UC, stipulate to dismissal of all claims and counterclaims in the action captioned *United States of America v. Gilead Sciences, Inc., and Gilead Sciences Ireland UC*, No. 1:19-cv-02103-MN (D. Del.). Such dismissal shall be with prejudice except as otherwise agreed by the parties. Each party shall bear its own costs and attorneys' fees.

January 15, 2025

|  |  |
|---|---|
|  | Respectfully submitted, |
| SHAMOOR ANIS<br>Assistant United States Attorney<br>1313 N. Market Street<br>P.O. Box 2046<br>Wilmington, Delaware 19899-2046<br>Tel:   (302 573-6277<br>Fax:   (302) 573-6220<br>*shamoor.anis@usdoj.gov*<br><br>Of Counsel:<br>LENA YUEH<br>Special Counsel<br>U.S. Department of Justice | DAVID C. WEISS<br>United States Attorney<br><br>BRIAN BOYNTON<br>Principal Deputy Assistant<br>  Attorney General<br><br>SCOTT BOLDEN<br>Director<br><br><u>*/s/Walter W. Brown*</u><br>WALTER W. BROWN<br>Senior Litigation Counsel<br><br>PHILIP CHARLES STERNHELL<br>Assistant Director<br><br>CARRIE E. ROSATO<br>MATTHEW D. TANNER<br>LUCY GRACE D. NOYOLA<br>Trial Attorneys<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>Washington, D.C. 20530<br>Tel:   (202) 307-0341<br>Fax:   (202) 307-0345<br><br>*Attorneys for Plaintiff United States* |

*Of Counsel:*

| | |
|---|---|
| David B. Bassett<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Tel:   (212) 230-8800<br>Fax:   (212) 230-8888 | */s/Frederick L. Cottrell, III*<br>Frederick L. Cottrell, III (#2555)<br>Kelly E. Farnan (#4395)<br>Alexandra M. Ewing (#6407)<br>RICHARD, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Tel:   (302) 651-7700<br>cottrell@rlf.com<br>farnan@rlf.com<br>ewing@rlf.com |

Vinita C. Ferrera
Emily R. Whelan
George P. Varghese
Timothy A. Cook
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:   (617) 526-6000
Fax:   (617) 526-5000

*Counsel for Defendants Gilead Sciences, Inc. and Gilead Sciences Ireland UC and Counterclaim Plaintiff Gilead Sciences, Inc.*

Ronald C. Machen
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel:   (202) 663-6000
Fax:   (202) 663-6363