NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED STATES,**
*Plaintiff-Appellant*

v.

**GILEAD SCIENCES, INC., GILEAD SCIENCES IRELAND UC,**
*Defendants-Appellees*

---

2024-2069

---

Appeal from the United States District Court for the District of Delaware in No. 1:19-cv-02103-MN, Judge Maryellen Noreika.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                              US v. GILEAD SCIENCES, INC.

    (2) Each side shall bear their own costs.

FOR THE COURT

<u>January 17, 2025</u>  
    Date

Jarrett B. Perlow  
Clerk of Court

**ISSUED AS A MANDATE:** January 17, 2025